### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO.:  1:14-cv-21770-Cooke

NIKO PETROLEUM RETAILERS OF FLORIDA, LLC, d/b/a
MIAMI VIP TOURS, a Florida Corporation

       Plaintiffs,

v.

VITALY GODUN, MURAD ALDIEV,
MIAMI VIP TOURS LLC, a Florida Corporation

       Defendants.

_____/

### EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND INCORPORATED MEMORANDUM OF LAW

Plaintiff, NIKO PETROLEUM RETAILERS OF FLORIDA, LLC, d/b/a as MIAMI VIP TOURS (MVT) pursuant to Fed. R. Civ. P. 65(a) moves for a preliminary injunction against Defendants VITALY GODUN (GODUN), MURAD ALDIEV (ALDIEV),  MIAMI VIP TOURS LLC (LLC) (together, "Defendants"), and states:

### I. INTRODUCTION

Plaintiff, NIKO PETROLEUM RETAILERS OF FLORIDA, LLC, d/b/a MIAMI VIP TOURS (MVT) learned that its two former managers VITALY GODUN (Godun) and MURAD ALDIEV (Aldiev) systematically diverted chartering profits belonging to the Plaintiff while employed by MVT, created an entity named MIAMI VIP TOURS LLC (LLC) that is in direct competition with MVT and stole/misappropriated MVT's trade mark, domain name, telephone numbers, email address, customer/client list and corporate opportunities. Moreover, as of the day of filing of this case, Defendants continue to directly compete with MVT using the resources

1

obtained thought fraud, deceit, unethical business practices and criminal acts committed by Godun and Aldiev. Furthermore, MVT learned that Godun and Aldiev negligently or intentionally inflicted tens of thousands of dollars worth of damage to the Plaintiff's boat.

MVT seeks this preliminary injunction for several ends.  First, to freeze Defendants' assets to assure this Court can grant a permanent, equitable award of profits under MVT's trademark rights, including 15 U.S.C. § 1117. See Levi Strauss & Co. v. Sunrise Int'l Trading, 51 F. 3d 982, 987 (l1th Cir. 1995). Second, prohibiting the Defendants from directly or indirectly using the Infringing Marks, Infringing Domains, email addresses containing Infringing Marks  or confusingly similar variant. Third, ordering Godun and Aldiev to return MVT's property they unlawfully took from them when they were terminated by MVT: MVT's costumer contact list, customers' financial information, including customers' credit card numbers, MVT's office keys and a magnetic key card from the front entrance, Electronic key belonging to MVT's President, Pavel Uglanov personal apartment, MVT's electronic keys from the marina where MVT's vessels are kept, An auto GPS device issued to him by MVT. Fourth ordering Godun and Aldiev to surrender to the Plaintiff the user ids and passwords to 1) www.godaddy.com and 2) www. tollfreeforwarding.com and prohibiting Godun and Aldiev from accessing www.godaddy.com and www. tollfreeforwarding.com for the purpose of directly or indirectly claiming the ownership of domain miamiviptour.com, email address contact@MiamiVipTours.com and telephone numbers 1-888-525-6454 and 305-504-1717. Fifth  ordering Godun and Aldiev to surrender to MVT the entire content of the MVT's webpage at www.miamiviptours.com. Sixth ordering Godun and Aldiev to delete any reference to Miami VIP Tours,  domain miamiviptour.com, email address contact@MiamiVipTours.com and telephone numbers 1-888-525-6454 and 305-504-1717 from their Yelp.com, Facebook and Twitter pages.

## II. FACTS SUPPORTING THIS MOTION [1]

1.      Plaintiff NIKO PETROLEUM RETAILERS OF FLORIDA, LLC, d/b/a MIAMI VIP TOURS (MVT) is a Florida corporation with its principal place of business at 15807 BISCAYNE BLVD 201 NORTH MIAMI BEACH, FL 33160. Plaintiff's MVT principal business activity is chartering of luxury yachts and boats at an hourly rate. In addition to vessels chartering services, MVT also offers limousines and helicopters for rent at an hourly rate. NIKO PETROLEUM RETAILERS OF FLORIDA started doing business as MIAMI VIP TOURS on October 16, 2013.

2.      Upon information and belief, Defendant MIAMI VIP TOURS LLC (LLC) is a Florida limited liability company with its principal place of business at 3300 NE 192ND STREET 308 AVENTURA, FL 33180. Plaintiff's MVT principal business activity is chartering of luxury yachts and boats at an hourly rate. Defendant's LLC principal business activity is chartering of luxury yachts and boats at an hourly rate. In addition to vessels chartering services, LLC also offers limousines and helicopters for rent at an hourly rate. LLC incorporated with the State of Florida on April 12, 2014.

3.      Upon information and belief Defendant GODUN is an individual and resident of the State of Florida, with an address at 3300 NE 192ND STREET 308 AVENTURA, FL 33180. Defendant GODUN is a manager of Defendant LLC.

4.      Upon information and belief Defendant ALDIEV is an individual and resident of the State of Florida, with an address at 3300 NE 192ND STREET 308 AVENTURA, FL 33180. Defendant ALDIEV is an officer of Defendant LLC.

---

[1] MVT concurrently files a verified complaint [DE 1] and incorporates those sworn allegations as evidence here.

5.      Plaintiff has used in commerce the service mark "MIAMI VIP TOURS" since at least October 16, 2013, to identify itself as the provider of luxury yachts and boats for charter. Prior to that time, the Plaintiff's service mark "MIAMI VIP TOURS" was owned by its sister company, NIKO HOLDINGS, LLC. Through extensive financial investment, promotions and marketing strategies, MIAMI VIP TOURS became an inherently distinctive mark that was easily identified by the public with the provider of chartering services of luxury vessels at an hourly rate. As a part of the charter service, MVT provides a captain to navigate a chartered vessel and a stewardess to assist the customers during sailing. (**MVT000001**)

6.      In addition to vessels chartering services, MVT also offers limousines and helicopters for rent at an hourly rate.

7.      Plaintiff is the owner of all right, title, and interest in the trademark, MIAMI VIP TOURS, (hereinafter alternatively referred to as "Plaintiff's Mark") and enforces all rights in connection therewith.

8.      Plaintiff's distinctive service mark "MIAMI VIP TOURS" also became its domain address at MIAMIVIPTOURS.COM. (**MVT000002**). Plaintiff's website receives traffic from throughout the United States and the world. It is frequented by consumers who have learned and remembered Plaintiff's name, MIAMI VIP TOURS, and who return to Plaintiff for services because of the brand identity created solely by Plaintiff and Plaintiff's excellent performance while using the mark MIAMI VIP TOURS, in addition to those who are new to the Plaintiff's MIAMI VIP TOURS brand.

9.      Plaintiff's email   contact@MiamiVipTours.com   was frequently utilized by MVT to communicate with its customers and by MVT's consumers who have learned and remembered Plaintiff's name, MIAMI VIP TOURS, and who return to Plaintiff for services because of the

4

brand identity created solely by Plaintiff and Plaintiff's excellent performance while using the mark MIAMI VIP TOURS, in addition to those who are new to the Plaintiff's MIAMI VIP TOURS brand.

10.     From June 2013 to February 2014, MVT and its sister company Niko Holdings LLC spent hundreds of thousands of dollars promoting and expanding the Miami VIP Tours brand and service mark.

11.     Plaintiff's telephone numbers 1-888-525-6454 (prominently displayed at MIAMIVIPTOURS.COM )  and 305-504-1717 was frequently called by customers who have learned and remembered Plaintiff's name, MIAMI VIP TOURS, and who return to Plaintiff for services because of the brand identity created solely by Plaintiff and Plaintiff's excellent performance while using the mark MIAMI VIP TOURS, in addition to those who are new to the Plaintiff's MIAMI VIP TOURS brand. (**MVT000003 - MVT000009**).  Both numbers belonged to MVT since at least July of 2013.

12.     Plaintiff, through its sister company NIKO HOLDINGS LLC, expanded resources and efforts on a Google's "AdWords" online advertising service for MVT's website and telephone number to appear when a prospective customer searchers Google for relevant keywords. (**MVT000010 - MVT000017**)

13.     Plaintiff, through its sister company NIKO HOLDINGS LLC, paid for creation and design of its website at miamiviptours.com.

14.     The Plaintiff owned the domain name MIAMIVIPTOURS.COM  and telephone numbers 1-888-525-6454  and 305-504-1717 since at least July of 2013.

15.     Plaintiff's services are offered to the public by many and various means in the South-West Florida including, but not limited to, in Bal Harbour,  Key Biscayne, Miami Beach, South

5

Beach, Miami, Sunny Isles Beach, North Miami Beach and Key West,  throughout the United States and internationally.

16.     Returning and prospective customers from Russia, Europe, the former Soviet Union republics, South America, the Bahamas and Saudi Arabia access MVT's website and telephone numbers looking for chartering services in the South-West Florida.

17.     To provide its customers with the highest-quality chartering services, MVT invested $2,487,500.00 in purchasing the following vessels and water vehicles: Azimut 62S Diamond boat - $1,000,000.00, Sunseeker 52 Aspire boat - $440,000.00, Azimut 50 boat - $470,000.00,  a fresh-water fishing boat - $39,000.00, a Yamaha Jet Ski - $18,000.00,  a Yamaha Jet Ski - $12,500.00, a Honda tender - $8000.00 and Deep Impact 39.9C boat - $500,000.00 (scheduled to be delivered in the end on May – early June of 2014)

18.     Plaintiff's efforts and accomplishments have contributed to its extraordinary reputation and goodwill, making Plaintiff a well known and recognized name in its profession and fields of business throughout Southwest Florida, the United States, and internationally.

19.     Plaintiff's customers include, but not limited to, such prominent businesses as Y CHARTER MIAMI, ELITE LUX RENTALS, GOLDEN YACHT CHARTER, TROPICAL BOATS CHARTERS, ISLAND QUEEN CRUISES, FONTAINEBLEAU MIAMI BEACH, SOHO   BEACH   HOUSE,   TRUMP   INTERNATIONAL,   CHRIS   BROOKS   MIAMI, ACQUALINA RESORT & SPA, W HOTEL, ONE BAL HARBOUR RESORT & SPA MIAMI. These businesses are leading providers of services in the hospitality industry. Because of the Plaintiff's reputation and good will, these businesses recommend MVT's services to their clients.

20.     Plaintiff's extensive advertising and marketing efforts have caused customers and potential customers to identify Plaintiff as the source of exceptional luxury vessels chartering

services offered under the mark MIAMI VIP TOURS. As such, distinctiveness of the Plaintiff's relation to the goods and services has, in fact, been established in the minds of the consuming public.

21.    Plaintiff enforces its rights herein under Plaintiff's Mark in order to protect the very valuable rights and excellent reputation Plaintiff has worked so hard to achieve.

22.    On or about February 19, 2013 Godun was hired MVT's President, Pavel Uglanov as his personal driver. Prior to that Godun was employed as a concierge at the Acqualina Resort in Sunny Isles Beach, FL.

23.    On or about June 17, 2013 Godun was hired as manager by MVT's sister company, NIKO Holdings, LLC. (NIKO Holdings)

24.    On or about September 30, 2013 Godun relinquished his position as NIKO Holdings' manager.

25.    Even as NIKO Holdings' manager, Godun was informally performing the duties of MVT's manager of development.

26.    On or about October 1, 2013 Godun was hired as MVT's manager of development.

27.    Godun's duties as manager of development included interacting with the MVT's existing and prospective clients regarding booking the charters, explaining the rates, assisting the customers in choosing the charter vessel, assessing the customers' satisfaction and developing new clients for MVT. Godun's duties also include promotion and expansion of the Miami VIP brand through advertising, website management and the internet presence.

28.    Godun was also responsible for communicating the existing charter rates to the customers, processing and/or collecting the payment and remitting the entire amount collected from a customer to the MVT's management office.

29.     Godun's position as MVT's manager of development gave him on-line access to MVT's AT & T telephone account and MVT's godaddy.com domain account. Godun had the user IDs and passwords for these accounts.

30.     On or about July 8, 2013 Aldiev was hired as sales manager by MVT's sister company, NIKO Holdings, LLC. (NIKO Holdings). Aldiev was introduced and recommended to Mr. Uglanov by Godun. Prior to his employment with Niko Holdings, Aldiev was employed as a room-service helper with the Acqualina Resort in Sunny Isles Beach, FL.

31.     Even as NIKO Holdings' sales manager, Aldiev was informally performing the duties of MVT's sales manager.

32.     On or about September 30, 2013 Aldiev relinquished his position as NIKO Holdings' manager.

33.     On or about October 1, 2013 Aldiev was hired as MVT's manager of development.

34.     Aldiev's duties as a sales manager included interacting with the MVT's existing and prospective clients regarding booking the charters, explaining the rates, assisting the customers in choosing the charter vessel, assessing the customers' satisfaction and developing new clients for MVT.

35.     Aldiev was also responsible for communicating the existing charter rates to the customers, processing and/or collecting the payment and remitting the entire amount collected from a customer to the MVT's management office.

36.     All charters and clients were subject to MVT's president's, Pavel Uglanov (Mr. Uglanov) approval.

37.     Unauthorized charters were prohibited.

38.     Upon Mr. Ugalnov's approval, Godun and/or Aldiev had to make sure that a customer executes a charter contract between MVT and a customer as well as a credit card information form. (**MVT000018 – MVT000020**)

39.     Godun and Aldiev had no authority to set the charter rates or to change them without MVT's approval.

40.     Godun and Aldiev had no authority to use MVT's vessels for their personal use, including bringing their friends, relatives, girlfriends and/or significant others on MVT's boats for the purposes of conducting meetings, picnics, parties or gatherings of any kind.

41.     Consumption of alcoholic beverages by MVT's personnel on board of MVT's vessels was and is strictly prohibited. Smoking by MVT's employees, agents is not allowed on board of MVT's vessels. MVT's customers may only smoke in a designated area.

42.      Godun and Aldiev had no authority to use MVT's vessels for purposes unrelated to chartering these vessels to paying and approved customers.

43.     On April 4, 2014, Mr. Uglanov caught Godun and Aldiev having a party with two unknown females aboard of MVT's Azimut 62S Diamond. The activity involved consumption of alcohol by Godun, Aldiev and the unknown females. Upon seeing Mr. Uglanov, visibly intoxicated Godun, escaped the vessel barefooted. Mr. Ugalnov asked Aldiev and the females to immediately vacate the vessel.

44.     Upon closer examination of Azimut 62S Diamond, Mr. Uglanov discovered numerous damages to the vessel, including but not limited to: the cigarettes burns to the upholstery in the numerous the sofas and chairs in the different areas of the boat, stains on the carpet and on the ceilings, torn-off console panel from a flat screen TV, torn-off refrigerator door, broken wooden floor in the shower room, scratches on the boat's roof, a broken window blinder, multiple

scratches and dents to the $18,000.00 Yamaha Jet Ski and a missing duffle bag containing approximately $2000.00 worth of scuba diving equipment . The damage done to the boat and the jet ski is estimated at $40,250.00. The damage to the jet ski occurred when it was driven by Godun, Aldiev and/or their agents, guests or invitees. Furthermore, the vessel was left filthy and its entire side panel was covered with the cigarettes ash.

45.     Mr. Uglanov also discovered numerous empty bottles of alcohol, food leftovers and a multitude of cigarette butts.

46.     On April 5, 2014, Mr. Uglanov made an unannounced visit to the marina where the MVT's vessels are kept. Upon his arrival Mr. Uglanov saw the Sunseeker 52 Aspire preparing to sail on a chartered cruise with the customers on board. Mr. Uglanov was not aware of any clients chartering  Sunseeker 52 for April 5, 2014.

47.     Further investigation revealed that Godun and Aldiev booked the April 5, 2014 Sunseeker 52 charter without MVT's knowledge and approval intending to keep all the charter profits to themselves and without submitting the funds to MVT.

48.     On April 10, 2014 MVT formally terminated Godun and Aldiev as its employees and/or agents.

49.     Upon termination, Godun had the following items in his possession:

> MVT's costumer contact list, customers' financial information, including customers' credit card numbers.

> MVT's office keys and a magnetic key card from the front entrance.

> Electronic key belonging to MVT's President, Pavel Uglanov personal apartment

> MVT's electronic keys from the marina where MVT's vessels are kept

> An auto GPS device issued to him by MVT

50.     Upon termination of Godun's employment with MVT, he was asked to return these items. He refused.

51.     On April 2, 2014, Godun, without MVT's knowledge, permission or approval, using the domain-assigning service at www.GoDaddy.com re-assigned MVT's domain name MIAMIVIPTOURS.COM to himself. (**MVT000021 - MVT000022**)

52.     On  or about April 10, 2014, Godun, without MVT's knowledge, permission or approval, cancelled  MVT's telephone number 305-504-1717 with the MVT's wireless carrier, AT&T. (**MVT000023**)

53.     The 1-888-525-6454 number belongs to MVT. Godun and Aldiev were responsible for paying the telephone bill using MVT's business debit card number 557134******0012. (**MVT000024 - MVT000025**). Days before their termination or immediately thereafter, Godun and  Aldiev,   without  MVT's  knowledge,  permission  or  approval,  accessed  MVT's Tollfreeforwarding.com account and re-assigned the 1-888-525-6454 either to themselves or their new entity, MIAMI VIP TOURS LLC.

54.     Godun and Aldiev, upon their termination and without MVT's knowledge, permission or approval, took with them hundreds of executed MVT's Yacht Charter Agreement containing MVT's  clients'  contact  information  and  financial  information.   (See  **MVT000018 - MVT000020**)

55.     Within a week  Godun's and Aldiev's termination, MVT has discovered that Godun and Aldiev engaged in a systematic pattern of rouge trading. The rouge trading would take three forms: 1) the inflated hourly rate,  2) charters sold without approval and knowledge of MVT as factually described in ¶ 49 of this complaint and 3) unreported extended hours payments.

56.     Under the inflated hourly rate scheme, Godun and Aldiev,  without approval and knowledge of MVT, would charge an approved customer an inflated hourly rate. After the customer tendered payment of the unapproved hourly multiplied by the number of charter hours, Godun and Aldiev would submit the charter revenue to MVT at the approved hourly rate and keep the difference to themselves. Upon information and belief, Godun and Aldiev set up an outside entity to which they channeled illegally obtained charter profits when a customer paid with a debit or credit card.

57.     Under the unapproved charters scheme, Godun and Aldiev would book a charter without approval and knowledge of MVT. After the unapproved customer tendered payment of an hourly multiplied by the number of charter hours, Godun and Aldiev would simply pocket the profits. Upon information and belief, Godun and Aldiev set up an outside entity to which they channeled illegally obtained charter profits when a customer paid with a debit or credit card.

58.     Under the unreported extended hours payments, Godun and Aldiev would book a charter with an approved customer for an X amount of hours. If, before the ending of the trip, the customer wished to extend the charter for additional hours, Godun and Aldiev would collect and keep the funds without surrendering them to MVT. Upon information and belief, Godun and Aldiev set up an outside entity to which they channeled illegally obtained charter profits when a customer paid with a debit or credit card.

59.     On April 14, 2014, Godun created an new entity named MIAMI VIP TOURS LLC as demonstrated by the selection from its publicly available articles of organization:

**Electronic Articles of Organization**
**For**
**Florida Limited Liability Company**

L14000060348
FILED 8:00 AM
April 14, 2014
Sec. Of State
syoung

**Article I**

The name of the Limited Liability Company is:

MIAMI VIP TOURS LLC

(**MVT000026 - MVT000027**)

60.     Although LLC's articles of organization vaguely list the LLC's primary business activity as "ANY AND ALL LAWFUL BUSINESS", the only business it conducts is chartering of luxury vessels to customers using the  excellent reputation, good will, customers' list, trade mark, domain name, email address and   telephone numbers blatantly stolen and/or misappropriated from MVT.

61.     Upon information and belief, Defendants are, and have been, openly, regularly and actively engaged in the illegal, unauthorized, infringing, unlicensed, and imitative use of the same or confusingly similar to trademark, MIAMI VIP TOURS (the Infringing Mark) for confusingly similar goods and/or services in the same or similar geographic area in and about Bal Harbour,  Key Biscayne, Miami Beach, Miami, Sunny Isles Beach and North Miami Beach, Florida, and in direct competition with Plaintiff.

62.     Upon information and belief, Defendants are also engaging in activities over the internet and are offering to the public their goods and/or services under a top level domain name which they have misappropriated from Plaintiff and registered without the authorization and consent of Plaintiff, miamiviptours.com, ("Infringing Domain Name").  That domain name infringes upon Plaintiff's Mark and is identical to Plaintiff and Plaintiff's domain name miamiviptours.com.

63.     Upon information and belief, Defendants utilize a business review site, Yelp (**MVT000028 - MVT000029**) and social networking sites, Facebook (**MVT000030 -**

13

**MVT000036**) and Twitter (**MVT000037 - MVT000046**) to promote the  Infringing Mark and

Infringing Domain Name. In the Yelp advertisement, Godun shamelessly passing off MVT's

services as his own by stating, among other things,  that "Vitaly Godun is a Co-Founder and

Chied [sic] Executive officer of Miami VIP Tours. Miami VIP Tours is the leading Yacht

Charter, Luxury Exotic Car Rental & Limousine Service Company in Miami Dade and Broward

County."

64.      In his Yelp advertisement Godun further falsely claims that Miami VIP Tours was in

existence since 2004 and provides a map of geographic area where Miami VIP Tours does its

business. That area is identical to the area where the Plaintiff conducts its business:



The map also bears Infringing Mark, Infringing Domain Name and the telephone number

misappropriated from the Plaintiff.

65.     To further confuse the consumers into believing that MVT and LLC are one and the same, Defendants "recommend" MVT's existing customer, Acqualina Resort to potential clients. (**MVT000028**)

66.     A similar passing off and promotion of Infringing Mark, Infringing Domain Name and the telephone number misappropriated from the Plaintiff is made by Defendants by and through the LLC's Facebook page. (**MVT000030 - MVT000036**):




The golden VIP logo with the golden branches depicted in this paragraph (enclosed in a red circle for the purposes of this pleading) and on **MVT000030** was designed for and paid by the Plaintiff.

67.     Facebook, because of its popularity, ease of use and proliferation became a powerful marketing tool for the Defendants to promote the Infringing Mark, Infringing Domain Name and the telephone number misappropriated from the Plaintiff. As of May 8, 2014 there are 770

members of the public that potentially have been mislead into believing that MVT and LLC is

one and the same:



**(MVT000030)**

68.     Pictures of a Mercedes and a boat contained on **MVT000035** depict a vehicle and a

vessel belonging and owned by MVT.

69.     Yet another passing off and promotion of Infringing Mark, Infringing Domain Name and

the telephone number misappropriated from the Plaintiff is made by Defendants by and through

the LLC's Tweeter account. (**MVT000037 - MVT000046**):



## Miami VIP Tours

@Miami_VIP_Tours

Magnificent breathtaking yachts, elegant vehicles, and thrilling helicopters (888)
525-6454

Miami Beach, FL · Miamiviptours.com



70.     Twitter is an online social networking and microblogging service that enables users to

send and read short 140-character text messages, called "tweets". Registered users can read and

post tweets, but unregistered users can only read them. Users access Twitter through the website

interface, SMS, or mobile device app.

71.     As of May 8, 2014, Defendants "tweeted" 70 messages promoting chartering services of luxury vessels and limousines under the Plaintiff's mark, confusing the public and misleading consumers into believing that MVT and LLC is one and the same.

72.     On April 29, 2014, Plaintiff caused a cease and desist letters to be delivered by certified mail (**MVT000047**), regular US mail   (**MVT000048**) and personal service to Defendants, advising Defendants of the trademark rights of Plaintiff and detailing the legal issues presented herein.

73.     Defendants, GODUN and LLC, were personally served with a cease and desist letter on April 30, 2014. According to the process server "Def. Mr. Godun was very abrasive and vulgar[.] Threw document in hallway of condo." (**MVT000049**)

74.     Defendant, Aldiev was personally served with a cease and desist letter on May 7, 2014 to his address obtained by investigative means. (**MVT000050**)

75.     Defendants  ignored this communication and have since not responded. Notwithstanding the demands by Plaintiff to cease and desist and respond to a very serious legal matter, Defendants have willfully and intentionally continued their unlawful activities.

76.     As of the day of this motion Mr. Uglanov receives calls from concierges of various luxury hotels in South-West Florida asking if MVT is no longer in business. Further inquiry revealed that whenever a concierge calls 1-888-525-6454, uses contact@MiamiVipTours.com or accesses www.miamiviptours.com to book a vessel for one of the hotel's clients, he/she receive various excuses from Aldiev and/or Godun saying that "there is no vessels available for chartering."

77.     The simple reason for that response is that neither Godun, Aldiev nor LLC own any luxury vessels available for chartering. The only vessels they may charter to customers are the

vessels belonging to someone else. More often than not, Aldiev and Godun cannot find a vessel to accommodate the client's schedule.

78.    Such inability to accommodate a client who thinks that he/she is dealing with MVT has a catastrophic effect on MVT's reputation, opportunity, brand and ability to do business.

79.    Upon information and belief, Defendants, unless enjoined by this Court, will continue to expand the use of the Infringing Mark and Infringing Domain, and cause further irreparable damage and harm to Plaintiff.

### III. LEGAL ARGUMENT

80.    MVT seeks a preliminary injunction to maintain the status quo or otherwise prevent Defendants from misappropriating MVT's trademark, domain name, email address, telephone numbers and customer list as well as to prevent the Defendants from continuing to receive benefits obtained as a result of their illegal actions against MVT.

A.    **MVT is entitled to injunctive relief**.

A plaintiff is entitled to a preliminary injunction if the plaintiff demonstrates that "(1) substantial likelihood of success on the merits exists, (2) a substantial threat of irreparable injury exists if an injunction does not issue, (3) the threatened injury to the plaintiffs outweighs any harm that might result to the defendants, and (4) the injunction, if issued, will not be adverse to the public interest." Int'l Cosmetics Exch., Inc. v. Gapardis Health & Beauty, Inc., 303 F.3d 1242, 1246 (11th Cir. 2002).

1.    *MIAMI VIP TOURS is likely to succeed on the merits of this case.*

MIAMI VIP TOURS is likely to succeed on its trademark-based claim for federal unfair competition and common law unfair competition. MVT owns MIAMI VIP TOURS mark, the domain name, email address, the website and the  telephone numbers.  Defendants have engaged

in a blatant  misappropriation of the MIAMI VIP TOURS of these assets. Defendants have acted

and continue to act as impostors of MVT. LLC owes its entire existences to criminal acts and

intentional torts committed by Godun and Aldiev against MVT. Facts alleged in ¶¶ 5-78 of the

Verified Complaint and ¶¶ 8 -79 of this Motion show that the Plaintiff is likely to succeed on the

merits on the following counts:

COUNT 1 FEDERAL TRADEMARK INFRINGEMENT/UNFAIR COMPETITION IN
VIOLATION OF  SECTION 43(a) OF THE LANHAM ACT, 15 U.S.C. § 1125(a) ; COUNT 2
FEDERAL FALSE DESIGNATION OF ORIGIN IN VIOLATION OF  SECTION 43(a) OF
THE LANHAM ACT, 15 U.S.C. § 1125(a); COUNT 3 FEDERAL PASSING OFF IN
VIOLATION OF  SECTION 43(a) OF THE LANHAM ACT, 15 U.S.C. § 1125(a); COUNT 4
FEDERAL CYBERPIRACY IN VIOLATION OF  SECTION 43(d) OF THE LANHAM ACT,
15 U.S.C. § 1125(d);  COUNT 5 FLORIDA MISAPPROPRIATION OF TRADE SECRETS
(FLA. STAT. §§ 688.001 et seq.); COUNT 6 FLORIDA COMMON LAW UNFAIR
COMPETITION;   COUNT 7 FLORIDA CIVIL CONSPIRACY; COUNT 8 FLORIDA
FRAUDULENT INDUCEMENT; COUNT 9 FLORIDA DECEPTIVE AND UNFAIR TRADE
PRACTICES (FLA. STAT. § 501.201, et seq.); COUNT 10 FLORIDA TORTIOUS
INTERFERENCE WITH BUSINESS RELATIONSHIP;   COUNT 11 FLORIDA
NEGLIGENCE; COUNT 12 FLORIDA TRESPASS TO CHATTELS

At the hearing, MVT will present further evidence on these claims.

> 2. *MIAMI VIP TOURS faces a substantial threat of irreparable injury*.

Injunctive relief is permitted and warranted in relation to MVT's causes of action. For

example, the Lanham Act permits injunctive relief to prevent misappropriation or counterfeiting.

Moreover, "a request for equitable relief invokes the district court's inherent equitable powers to

order preliminary relief, including an asset freeze, in order to assure the availability of permanent

relief." Levi Strauss & Co. v. Sunrise Int'l Trading, 51 F. 3d 982, 987 (11th Cir. 1995). The

Florida Uniform Trade Secret Act provides that actual or threatened misappropriation may be

enjoined, and that an injunction may be continued for an additional reasonable period of time in

order to eliminate commercial advantage that otherwise would be derived from the

misappropriation. § 688.003(1), Fla. Stat. See also Davidoff & CIE, S.A. v. PLD Intern. Corp.,

263 F.3d 1297, 1304 (11th Cir. 2001) (Eleventh Circuit upheld the district court's finding of irreparable injury and granting of preliminary injunctive relief by stating that "'a sufficiently strong showing of likelihood of confusion caused by trademark infringement may by itself constitute a showing of a substantial threat of irreparable harm." ). *Internal citations omitted*.

A temporary injunction is warranted because 1) LLC continues to benefit from blatant illegal and dishonest acts committed by Godun and Aldiev against LLC 2) LLC continues to deceive the public into believing that MVT and LLC is one and the same 3) as MVT has been circumvented, lied to and stolen from, it cannot presume that Defendants have not cut corners or otherwise compromised on the quality standards of chartering services and customer care that MVT would require 4) without an asset-freeze, it is likely that Defendants will obscure the proceeds of the unauthorized and undisclosed charters made before LLC's formation and those made to MVT's customers/clients after LLC's formation. Should those assets leave this Court's reach, the Court will be rendered unable to grant permanent, equitable relief; 5) Defendant's inability to accommodate a client who thinks that he/she is dealing with MVT has a catastrophic effect on MVT's reputation, opportunity, brand and ability to do business and 6) services provided by LLC under MVT's trademark subjecting MVT to liability claims or other concerns that might arise.

3. *Injury to MIAMI VIP TOURS outweighs the harm to Defendants*.

With a temporary injunction in place, Defendants lose, at least temporarily, access MVT's trademark, domain name, website, email, telephone numbers, clients, cash or other assets unlawfully stolen and/or misappropriated by Godun and Aldiev. The imminent harm to MVT is greater. As referenced above, MVT continues to suffer by not having access to the recourses stolen and/or misappropriated by Godun and Aldiev. MVT, on hourly basis, continues to lose its

corporate opportunities and good will as a direct consequence on Defendants highjacking its identity and recourses.  If Defendants provide inferior chartering services, MVT will be subject to potential claims. MVT cannot identify all the customers in order to disavow any relationship with the products.

> 4. *Enjoining the instant misappropriation would not be adverse to the public interest*.

The Lanham Act,   § 688.003(1), Fla. Stat. and the district court's inherent equitable powers provide for injunctive relief where unfair competition or counterfeit products arise in relation to a registered trademark. The rights to these forms of relief require exceptional facts, thereby limiting the potential abuse of such relief by litigants and providing this Court measurements by which to abstain from utilizing its considerable equitable powers. But those exceptional facts are met here. Defendants conspired to steal and/or misappropriate MVT's valuable corporate asset including its trademark and its clients. Godun and Aldiev abused MVT's trust to further their own pecuniary interests. There are egregious intentional torts (and possible criminal acts) here, not merely negligent acts. The public interest is served by permitting the owners of trademarks, trade secrets, and principals to seek injunctive relief against rogue agents and conspirators like Godun and Aldiev.

WHEREFORE, MVT respectfully moves this Court for a preliminary injunction hearing wherein it may present further evidence, and for a preliminary injunction that

> First, to freezes Defendants' assets;

> Second, prohibits the Defendants from directly or indirectly using the Infringing Marks, Infringing Domains, Infringing Logo specifically described in ¶ 66, email addresses containing Infringing Marks  or confusingly similar variant.

> Third, orders Godun and Aldiev to return MVT's property they unlawfully took from

them when they were terminated by MVT: MVT's costumer contact list, customers' financial information, including customers' credit card numbers (and to destroy any copies made of these documents), MVT's office keys and a magnetic key card from the front entrance, Electronic key belonging to MVT's President, Pavel Uglanov personal apartment, MVT's electronic keys from the marina where MVT's vessels are kept, An auto GPS device issued to him by MVT.

<u>Fourth</u>, orders Godun and Aldiev to surrender to the Plaintiff the user ids and passwords to 1) www.godaddy.com and 2) www. tollfreeforwarding.com and prohibiting Godun and Aldiev from accessing www.godaddy.com and www. tollfreeforwarding.com for the purpose of directly or indirectly claiming the ownership of domain miamiviptour.com, email address contact@MiamiVipTours.com and telephone numbers 1-888-525-6454 and 305-504-1717.

<u>Fifth</u>,  orders Godun and Aldiev to surrender to MVT the entire content of the MVT's webpage at www.miamiviptours.com.

<u>Sixth</u>, orders Godun and Aldiev to delete any reference to Miami VIP Tours,  domain miamiviptour.com, email address contact@MiamiVipTours.com and telephone numbers 1-888-525-6454 and 305-504-1717 from Yelp.com, Facebook and Twitter.

<u>Seventh</u>, causes Defendants to identify all past customers that have accepted chartering services from LLC;

<u>Eighth</u>, and for such other and further relief as the Court deems just and proper.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically on this May 15, 2014 through the Court's ECF filing system. I also certify that the foregoing document is being issued for service along with service of process on a rush-basis, consistent with the addresses set forth in the summonses. If this document is not included in personal service for some reason, undersigned counsel will apprise the Court with a notice of service particular to this filing.

Dated: May 15, 2014

Respectfully submitted,

KOGAN PROBER, P.A.
Attorneys for Plaintiff
Museum Plaza, Suite 901
200 S. Andrews Avenue
Ft. Lauderdale, FL 33301
Telephone:    (954) 281-8888
Facsimile:     (954) 333-1505
Email: bprober@koganprober.com
Email: service@koganprober.com

By: /s/ Bruce Prober
BRUCE PROBER, ESQ.
FLORIDA BAR NO.: 895881

# EXHIBITS IN SUPPORT OF EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

# BATES STAMPED

# (MVT000001 – MVT000050)

# FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

www.sunbiz.org

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return to List

No Filing History

Fictitious Name Search

Submit

## Fictitious Name Detail

### Fictitious Name

MIAMI VIP TOURS

### Filing Information

| | |
|---|---|
| **Registration Number** | G13000102235 |
| **Status** | ACTIVE |
| **Filed Date** | 10/16/2013 |
| **Expiration Date** | 12/31/2018 |
| **Current Owners** | 1 |
| **County** | MULTIPLE |
| **Total Pages** | 1 |
| **Events Filed** | NONE |
| **FEI/EIN Number** | 45-2768476 |

### Mailing Address

18660 COLINS AVE SUITE 104
SUNNY ISLES BEACH, FL 33160

### Owner Information

NIKO PETROLEUM RETAILERS OF FLORIDA, LLC
18660 COLINS AVE SUITE 104
SUNNY ISLES BEACH, FL 33160
**FEI/EIN Number:** 45-2768476
**Document Number:** L11000075776

### Document Images

10/16/2013 -- Fictitious Name Filing    View image in PDF format

---

Previous on List    Next on List    Return to List

No Filing History

Fictitious Name Search

Submit

English | Español

Find a domain

(480) 505-8877

## My Account

PAVEL UGLANOV

Customer Number: 66643740 | PIN: ****

View all 4 messages

Free income and expense tracking.   Start now!
Refer a friend and earn Go Daddy store credit!   Learn more
You have unused advertising credits.   Get Started!

Contact Support | Update Security Settings | My Help

| Products | Payments | Renewals | Account Summary | Refer A Friend |



## Account Owner Information

Account Owner Information

Account Security Settings

Contact Preferences

Domain Registration Defaults

Account Administrator

GoodAsGold Information

Product Billing   >

Payment Methods   >

Order History   >

First Name: *
Pavel

Middle Name:

Last Name: *
Uglanov

Organization:
Niko Petroleum Retailers Of Florida LLC

Country/Region: *
United States

Language:
United States – English

Address1: *
15807 Biscayne Blvd

Address2:
#201

City: *
North Miami Beach

State/Territory/Province: *
Florida

Zip/Postal: *
33160

Work Phone: *
US   +1.8885256454

Ext:

Home Phone:
US   +1.

Mobile Phone:
US   +1.3054942366

Mobile Carrier:
Other

Fax:
US   +1.

Gender:
No Response

Birthday:

Account Type:
Business

Currency Preference:
United States Dollar $

Cancel

| About GoDaddy | Support | Resources | Mobile | Shopping | Account |
|---|---|---|---|---|---|
| About Us | Phone Support & Sales | Webmail | iPhone Application | Product Catalog | My Account |

https://mya.godaddy.com/settings.aspx?ci=52968

Page 1 of 2

MVT000002



ONE STOP FOR ALL YOUR TOUR NEEDS!

888-525-6454



| LUXURY & EXOTIC CAR RENTAL | YACHT CHARTERS & BOAT TOURS | HELICOPTER TOURS | EVERGLADES TOURS & FISHING | LIMOUSINE SERVICES |





MIAMI VIP TOURS © 2014 | PRIVACY POLICY

TWITTER | FACEBOOK

MVT000003

Miami Yacht Charters, Luxury Car Rentals, Limousines & Helicopter Tours



http://miamiviptours.com/

MVT000004



ONE STOP FOR ALL YOUR TOUR NEEDS!



| LUXURY & EXOTIC | YACHT CHARTERS | HELICOPTER | EVERGLADES | LIMOUSINE |
| CAR RENTAL | & BOAT TOURS | TOURS | TOURS & FISHING | SERVICES |



MIAMI VIP TOURS © 2014 | PRIVACY POLICY                                        TWITTER | FACEBOOK



**888-525-6454**

ONE STOP FOR ALL YOUR TOUR NEEDS!

LUXURY & EXOTIC
CAR RENTAL

YACHT CHARTERS
& BOAT TOURS

HELICOPTER
TOURS

EVERGLADES
TOURS & FISHING

LIMOUSINE
SERVICES



MIAMI VIP TOURS © 2014 | PRIVACY POLICY

TWITTER | FACEBOOK

http://miamiviptours.com/miami_boat_tours_yacht_charters/Miami-Yacht-Boat-Service-Tours

*Miami Boat Tours & Charters*

*Miami Boat Tour Services*

**BOAT TOURS**
Serving South Florida Since 1995

## ONLINE BOOKING

**Name:** *

**Phone:** *

**Email:** *

**Date:** (mm/dd/yy)

**Service:** * choose service

**Book Now**

*Miami Boat Tours Service all South Florida - Miami & Fort Lauderdale Boat Tours*

| HOME | PHOTO GALLERY | SERVICES | POPULAR DESTINATIONS | HOTELS & RESORTS | CONTACT US |

**For Booking Call**
**(888)-525-6454**

Miami Boat Tours is the leading Yacht Charter service provider in all of South Florida and all your favorite Miami destinations. Miami & Fort Lauderdale Boat Tours are our specialty as well as an unforgettable night out on the town in one of our beautiful luxury boats.
**Call (888) 525-6454 for a free no obligation quote.**


FISHING TRIPS




CELEBRATIONS

MVT000007

## Services

[Fishing Trips](#)

[Corporate Events](#)

[Romance](#)

[Snorkeling](#)

[Celebration Charters](#)

[Wedding Charters](#)

[Night Cruises](#)

[Underwater Tours](#)

[Ft. Lauderdale & Miami Tours](#)

[Other](#)

Miami Boat Tours is Miami's premier luxury Yacht & Boat service. We will exceed your expectations, whether you are planning a trip to Miami/ Ft Lauderdale or a very special occasion. At Miami Boat Tours we are devoted to providing you with first class personal service. Miami Boat Tours features the ultimate in courtesy, reliability and dependability. Our boat charter guides are the most experienced and professional tour providers in the Miami area. We are a full service cost-effective Miami sight seeing company that provides high quality boating services throughout Southeast Florida waters.

We offer a large selection of tours and charters with each tailored to your desire. Whether you want to relax in the sun, watch the sunset, explore Miami Night Life, discover beautiful islands, have a fun fishing trip with friends, or celebrate a special event in your life, we definitely have a charter for you!

*Miami, Fort Lauderdale Boat Tours – Unforgettable Fun*


MIAMI SIGHT SEEING


SNORKELING


ROMANCE

CORPORATE EVENTS


FT LAUDERDALE SIGHT SEEING


UNDERWATER SIGHT SEEING

NIGHT LIFE


WEDDINGS

MVT000008



## COMPANY

Home

Photo Gallery

Popular Destinations

Hotels & Resorts

Contact us

## SERVICES

| Snorkeling | Fishing Trips |
| Ft. Lauderdale Sight Seeing | Miami Sight Seeing |
| Romance | Weddings |
| Corporate | Night Life |
| Celebrations | Underwater Sight Seeing |

@2012 Miami Boat Tours. All Rights Reserved. Miami limo service | Privacy Policy | Terms Of Use | Sitemap

Join us on these networks:



MVT000009

+Vitaly   Search   Images   Maps   Play   YouTube   News   Gmail   Drive   Calendar   More

Vitaly Godun          Share

AdWords Express     **Billing**

| Back | **Transaction history** | Billing profile | Billing settings |

Transaction history                                    Aug 10, 2013 - Aug 16, 2013
                                                       **Last 7 days**

Current balance                          Settings

**($100.00)** credit remaining          How you pay   **Manual payments**
Last successful payment 8/16/13 11:30 AM ($100.00 MasterCard ...0012)

| More actions |

All transactions   Detailed   Export

| Date | Description | Debits ($) | Credits ($) | Balance ($) |
|---|---|---|---|---|
| Aug 10, 2013 - Aug 16, 2013 | | $0.04 | $100.00 | ($100.00) |
| Aug 16 | Payment: MasterCard ...0012 | | 100.00 | (100.00) |
| Aug 12 | Campaign activity: 1 clicks | 0.04 | | 0.00 |
| Aug 10 | Starting balance | | | (0.04) |

_Niko Petroleum_

© 2013 Google Privacy Policy

NIKO HOLDINGS LLC

Page 3 of 6
Statement Period: Aug 1 - Aug 31, 2013

001/R1/20F016

## CHECKING ACTIVITY                                                              Continued

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/12 | DEBIT CARD    Card Ending in 2856<br>18330 COLLINS AVE    SUNNY ISLES BFLUS0215 | | | |
| 08/13 | DEPOSIT | | | |
| 08/13 | DEBIT CARD PURCH Card Ending in 0012<br>RCSNHP*J          0012 Aug 13<br>CHEVRON 0047607  Q61 MIAI BEACH  FL 13222 | | | |
| 08/13 | DEBIT CARD PURCH Card Ending in 0012<br>MC6V2FGC          0012 Aug 13<br>CHEVRON 0047607    MIAI BEACH  FL 13222 | | | |
| 08/13 | DEBIT CARD PURCH Card Ending in 0012<br>HQ27*VH3          0012 Aug 13<br>HAULOVER    BALHARBOUR  FL 13224 | | | |
| 08/13 | SERVICE CHARGES<br>Foreign Transaction Fee | | | |
| 08/13 | OFF-US ATM WITHDRAWAL<br>BANKOMAT 071247 862200 ENGELS    RU | | | |
| 08/14 | DEBIT CARD PURCH Card Ending in 0012<br>Q5HVWKPR          0012 Aug 14<br>PAYPAL *FOCALPRICE1  402357733  CA 13225 | | | |
| 08/14 | DEBIT CARD PURCH Card Ending in 2856<br>NMYN8T00          2856 Aug 14<br>APL*APPLEONLINESTOREUS 800676-2775 CA 13225 | | | |
| 08/14 | DEBIT CARD PURCH Card Ending in 0012<br>XGMCL6YF          0012 Aug 14<br>SHELL OIL 57543955900 SUNY ISLES B FL 13225 | | | |
| 08/14 | DEBIT CARD PURCH Card Ending in 2856<br>GBTPSMB7          2856 Aug 14<br>HOTWIRE COMMUNICATIONS 0616428570  PA 13225 | | | |
| 08/14 | DEBIT CARD    Card Ending in 2856<br>CHEVRON/SOJO INC.    SUNNY ISLES FLUS0215 | | | |
| 08/15 | DEBIT CARD PURCH Card Ending in 2856<br>Y94RL600          2856 Aug 15<br>APL*APPLEONLINESTOREUS 800676-2775 CA 13226 | | | |
| 08/15 | DEBIT CARD PURCH Card Ending in 2856<br>G5LPL600          2856 Aug 15<br>APL*APPLEONLINESTOREUS 800676-2775 CA 13226 | | | |
| 08/15 | DEBIT CARD PURCH Card Ending in 2856<br>38SNL600          2856 Aug 15<br>APL*APPLEONLINESTOREUS 800676-2775 CA 13226 | | | |
| 08/15 | DEBIT CARD PURCH Card Ending in 2872<br>JH48VWH3          2872 Aug 15<br>EKIPAJ - GOSTINITSA  MOSOW    RUS13226 | | | |
| 08/15 | DEBIT CARD PURCH Card Ending in 2856<br>R5LPL600          2856 Aug 15<br>APL*APPLEONLINESTOREUS 800676-2775 CA 13226 | | | |
| 08/15 | SERVICE CHARGES<br>Foreign Transaction Fee | | | |
| 08/15 | ACH DEBIT<br>FDGL        LEASE PYMT 052-0977951-000 Aug 15 | | | |
| 08/15 | CHECK NO:    142 | | | |
| 08/15 | CHECK NO:    152 | | | |
| 08/16 | DEPOSIT | | | |
| 08/16 | DEBIT CARD PURCH Card Ending in 2856<br>114*FCHM          2856 Aug 16<br>SUNSHINE 90    QPS SUNY ISLES  FL 13227 | | | |
| 08/16 | DEBIT CARD PURCH Card Ending in 2856<br>WDVN6Z20          2856 Aug 16<br>AT&T TLG FLP    0803310500  GA 13227 | | | |
| 08/16 | CHECK NO:    143 | | | |
| 08/19 | TRANSFER CREDIT<br>TRANSFER FROM CHECKING    Aug 19<br>009119808855 VIA CBusOL Re # 063947 | | | |
| 08/19 | DEBIT CARD PURCH Card Ending in 2856<br>FK9RF66S          2856 Aug 19<br>BALTIC SHIPPING EXPRES MIAI    FL 13228 | | | |
| 08/19 | CHECK NO:    1026 | | | |
| 08/20 | TRANSFER CREDIT<br>TRANSFER FROM CHECKING    Aug 20<br>009119808855 VIA CBusOL Re # 084058 | | | |
| 08/20 | DEBIT CARD PURCH Card Ending in 2856<br>1LKR*CM2          2856 Aug 20<br>CITY OF MIAMI BEACH PA MIAI BEACH  FL 13231 | | | |
| 08/20 | DEBIT CARD PURCH Card Ending in 0012<br>LQKWRB00          0012 Aug 20<br>GOOGLE *ADWS6789741979 CC@OGLE.COM CA 13229 | 100.00 | | |
| 08/20 | CHECK NO:    150 | | | |
| 08/20 | CHECK NO:    141 | | | |
| 08/20 | CHECK NO:    140 | | | |
| 08/21 | TRANSFER CREDIT<br>TRANSFER FROM CHECKING    Aug 21<br>009119808855 VIA CBusOL Re # 034465 | | | |

MVT000011

NIKO HOLDINGS LLC

001/R1/20F016

Page 4 of 6
Statement Period: Aug 1 - Aug 31, 2013

## CHECKING ACTIVITY

Continued

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 08/21 | TRANSFER CREDIT<br>TRANSFER FROM CHECKING          Aug 21<br>009119808855 VIA CBusOL Re # 043998 | | 2,▆▆▆ | ▆▆▆ |
| 08/21 | DEBIT CARD PURCH Card Ending in 2872<br>WT77KTR0               2872 Aug 21<br>MIAMI DADE XPRSSWY AUT 0306373277  FL 13232 | ▆▆ | | ▆▆ |
| 08/21 | DEBIT CARD PURCH Card Ending in 0012<br>HMMMQ6YF             0012 Aug 21<br>SHELL OIL 57543955900 SUNY ISLES B FL 13232 | ▆▆ | | ▆▆ |
| 08/21 | CHECK NO:        1028 | ▆▆ | | ▆▆ |
| 08/21 | CHECK NO:        1029 | ▆▆ | | ▆▆ |
| 08/22 | DEBIT CARD PURCH Card Ending in 3618<br>TGD63WQH              3618 Aug 22<br>PUBLIX #621      MIAI BEACH  FL 13233 | ▆▆ | | ▆▆ |
| 08/22 | DEBIT CARD PURCH Card Ending in 2856<br>BQWJLCHM             2856 Aug 22<br>SUNSHINE 90      QPS SUNY ISLES  FL 13233 | ▆▆ | | ▆▆ |
| 08/22 | DEBIT CARD PURCH Card Ending in 3618<br>8QD63WQH             3618 Aug 22<br>PUBLIX #621      MIAI BEACH  FL 13233 | ▆▆ | | ▆▆ |
| 08/22 | DEBIT CARD PURCH Card Ending in 2856<br>VQWJLCHM             2856 Aug 22<br>SUNSHINE 90      QPS SUNY ISLES  FL 13233 | ▆▆ | | ▆▆ |
| 08/22 | DEBIT CARD PURCH Card Ending in 3618<br>PQ7440B8             3618 Aug 22<br>SUNSEEKER YACHT SERVIC FT AUDERDALE FL 13233 | ▆▆ | | ▆▆ |
| 08/22 | DEBIT CARD        Card Ending in 2872<br>7-ELEVEN        HOLLYWOOD  PLUS0015 | ▆▆ | | ▆▆ |
| 08/23 | DEBIT CARD PURCH Card Ending in 3618<br>FDTQHP*J             3618 Aug 23<br>CHEVRON 0047607   Q61 MIAI BEACH  FL 13234 | ▆▆ | | ▆▆ |
| 08/23 | DEBIT CARD PURCH Card Ending in 3618<br>BLMJQCM2             3618 Aug 23<br>CITY OF MIAMI BEACH PA MIAI BEACH  FL 13234 | ▆▆ | | ▆▆ |
| 08/23 | DEBIT CARD PURCH Card Ending in 3618<br>2D5K2FGC             3618 Aug 23<br>CHEVRON 0047607      MIAI BEACH  FL 13234 | ▆▆ | | ▆▆ |
| 08/26 | ELECTRONIC CREDIT<br>MERCHANT BNKCD  DEPOSIT  334260785889  Aug 26 | | ▆▆ | ▆▆ |
| 08/26 | ELECTRONIC CREDIT<br>MERCHANT BNKCD  DEPOSIT  334260785889  Aug 26 | | ▆▆ | ▆▆ |
| 08/26 | DEPOSIT | | ▆▆ | ▆▆ |
| 08/26 | DEPOSIT | | ▆▆ | ▆▆ |
| 08/26 | DEBIT CARD PURCH Card Ending in 3618<br>Q36HFCM2             3618 Aug 26<br>CITY OF MIAMI BEACH PA MIAI BEACH  FL 13235 | ▆▆ | | ▆▆ |
| 08/26 | DEBIT CARD PURCH Card Ending in 3618<br>N36HFCM2             3618 Aug 26<br>CITY OF MIAMI BEACH PA MIAI BEACH  FL 13235 | ▆▆ | | ▆▆ |
| 08/26 | DEBIT CARD PURCH Card Ending in 3618<br>Y26HFCM2             3618 Aug 26<br>CITY OF MIAMI BEACH PA MIAI BEACH  FL 13235 | ▆▆ | | ▆▆ |
| 08/26 | DEBIT CARD PURCH Card Ending in 0012<br>056HFCM2             0012 Aug 26<br>CITY OF MIAMI BEACH PA MIAI BEACH  FL 13235 | ▆▆ | | ▆▆ |
| 08/26 | DEBIT CARD PURCH Card Ending in 0012<br>GTJSN8GK             0012 Aug 26<br>TOLLFREEFORWARDING.COM LOSANGELES  CA 13235 | 9.00 | | ▆▆ |
| 08/26 | DEBIT CARD PURCH Card Ending in 2856<br>VXTLNCHM             2856 Aug 26<br>SUNSHINE 90      QPS SUNY ISLES  FL 13235 | ▆▆ | | ▆▆ |
| 08/26 | DEBIT CARD PURCH Card Ending in 2872<br>KK2PMWD3             2872 Aug 26<br>SUNPASS OPERATIONS  8888655352  FL 13235 | ▆▆ | | ▆▆ |
| 08/26 | DEBIT CARD PURCH Card Ending in 3618<br>GY4T00S6             3618 Aug 26<br>WEST MARINE #1292    FOR LAUDERDA FL 13235 | ▆▆ | | ▆▆ |
| 08/26 | DEBIT CARD PURCH Card Ending in 2856<br>XH3MNCHM             2856 Aug 26<br>SUNSHINE 90      QPS SUNY ISLES  FL 13235 | ▆▆ | | ▆▆ |
| 08/26 | DEBIT CARD PURCH Card Ending in 0012<br>5K2QNG00             0012 Aug 26<br>GOOGLE *ADWS6789741979 CC@OOGLE.COM CA 13235 | 50.00 | | ▆▆ |
| 08/26 | DEBIT CARD PURCH Card Ending in 2872<br>JSML0RHQ             2872 Aug 26<br>OFFICE DEPOT #189    N MAMI BEACH FL 13235 | ▆▆ | | ▆▆ |
| 08/26 | CHECK NO:        1030 | ▆▆ | | ▆▆ |
| 08/26 | CHECK NO:        1025 | ▆▆ | | ▆▆ |
| 08/27 | ELECTRONIC CREDIT<br>MERCHANT BNKCD  DEPOSIT  334260785889  Aug 27 | | ▆▆ | ▆▆ |
| 08/27 | TRANSFER CREDIT<br>TRANSFER FROM CHECKING          Aug 27<br>009119808855 VIA CBusOL Re # 041334 | | ▆▆ | ▆▆ |

MVT000012

NIKO HOLDINGS LLC

Page 5 of 6
Statement Period: Aug 1 - Aug 31, 2013

001/R1/20F016

## CHECKING ACTIVITY

Continued

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 08/27 | DEBIT CARD PURCH Card Ending in 3618<br>P2JV8CM2          3618 Aug 27<br>CITY OF MIAMI BEACH PA MIAI BEACH  FL 13238 | | | |
| 08/27 | DEBIT CARD PURCH Card Ending in 0012<br>HTNFGCM2          0012 Aug 27<br>CITY OF MIAMI BEACH PA MIAI BEACH  FL 13236 | | | |
| 08/27 | DEBIT CARD PURCH Card Ending in 3618<br>1077HP*J          3618 Aug 27<br>CHEVRON 0047607   Q61 MIAI BEACH  FL 13238 | | | |
| 08/27 | DEBIT CARD PURCH Card Ending in 0012<br>ZCV*VM02          0012 Aug 27<br>GODADDY.COM    4805058855  AZ 13236 | 8.99 | | |
| 08/27 | DEBIT CARD PURCH Card Ending in 3618<br>WK1BWWQH          3618 Aug 27<br>PUBLIX #621      MIAI BEACH  FL 13238 | | | |
| 08/27 | DEBIT CARD PURCH Card Ending in 3618<br>705XBS00          3618 Aug 27<br>7-ELEVEN 30002    HOLYWOOD   FL 13238 | | | |
| 08/27 | DEBIT CARD PURCH Card Ending in 3618<br>C3G45R00          3618 Aug 27<br>7-ELEVEN 39355   N. IAMI BEAC FL 13236 | | | |
| 08/27 | DEBIT CARD PURCH Card Ending in 0012<br>1NP7SGBR          0012 Aug 27<br>EXXONMOBIL  97571210 SUNY ISLES  FL 13238 | | | |
| 08/27 | DEBIT CARD PURCH Card Ending in 0012<br>W8BKFRF3          0012 Aug 27<br>M & M VALERO      POMANO BEACH FL 13238 | | | |
| 08/27 | DEBIT CARD PURCH Card Ending in 3618<br>9H1BWWQH          3618 Aug 27<br>PUBLIX #621      MIAI BEACH  FL 13238 | | | |
| 08/27 | DEBIT CARD PURCH Card Ending in 0012<br>FM12NRJ3          0012 Aug 27<br>JET SKI PARTS RETAIL  MIAI     FL 13238 | | | |
| 08/27 | DEBIT CARD      Card Ending in 2872<br>EXXONMOBIL POS       SUNNY IS   FLUS0015 | | | |
| 08/28 | CHECK NO:      144 | | | |
| 08/29 | ELECTRONIC CREDIT<br>MERCHANT BNKCD  DEPOSIT  334260785889  Aug 29 | | | |
| 08/29 | DEBIT CARD PURCH Card Ending in 3618<br>GBT315M2          3618 Aug 29<br>CITY OF MIAMI BEACH PA MIAI BEACH  FL 13240 | | | |
| 08/29 | DEBIT CARD PURCH Card Ending in 2856<br>K8D1B700          2856 Aug 29<br>APL*APPLE ITUNES STORE 866712-7753 CA 13240 | | | |
| 08/29 | DEBIT CARD PURCH Card Ending in 0012<br>YJC92W00          0012 Aug 29<br>7-ELEVEN 30002    HOLYWOOD   FL 13240 | | | |
| 08/29 | DEBIT CARD PURCH Card Ending in 3618<br>GVRJYB00          3618 Aug 29<br>THE UPS STORE #4432   SUNY ISLES B FL 13240 | | | |
| 08/29 | DEBIT CARD PURCH Card Ending in 2872<br>KC9H3VB7          2872 Aug 29<br>HOTWIRE COMMUNICATIONS 0616428570  PA 13240 | | | |
| 08/29 | DEBIT CARD PURCH Card Ending in 2872<br>JMNDS9S5          2872 Aug 29<br>U-HAUL OF N MIAMI BEAC N MAMI BEACH FL 13240 | | | |
| 08/29 | DEBIT CARD PURCH Card Ending in 2872<br>1QNP49S5          2872 Aug 29<br>FL DL & TAG GO-RENEW  0856172000  FL 13240 | | | |
| 08/29 | CHECK NO:      1024 | | | |
| 08/30 | TRANSFER CREDIT<br>TRANSFER FROM CHECKING       Aug 30<br>009119808855 VIA CBusOL Re # 051023 | | | |
| 08/30 | TRANSFER CREDIT<br>TRANSFER FROM CHECKING       Aug 30<br>009119808855 VIA CBusOL Re # 049671 | | | |
| 08/30 | DEBIT CARD PURCH Card Ending in 0012<br>SDJV88YF          0012 Aug 30<br>SHELL OIL 57543955900 SUNY ISLES B FL 13241 | | | |
| 08/30 | DEBIT CARD PURCH Card Ending in 2856<br>178XVCHM          2856 Aug 30<br>SUNSHINE 90    QPS SUNY ISLES  FL 13241 | | | |
| 08/30 | DEBIT CARD PURCH Card Ending in 0012<br>SWCNNM00          0012 Aug 30<br>GOOGLE *ADWS6789741979 CC@OOGLE.COM CA 13241 | 150.00 | | |
| 08/30 | DEBIT CARD PURCH Card Ending in 3618<br>J8VRWRZ6          3618 Aug 30<br>SIGN A RAMA      NORH MIAMI B FL 13241 | 209.72 | | |
| 08/30 | CHECK NO:      192 | | | |
| 08/30 | CHECK NO:      1033 | | | |
| 08/30 | CHECK NO:      1031 | | | |
| | Total Debits/Credits | | | |

NIKO HOLDINGS LLC

Page 3 of 6
Statement Period: Sep 1 - Sep 30, 2013

001/R1/20F016

## CHECKING ACTIVITY

Continued

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 09/09 | TRANSFER CREDIT<br>TRANSFER FROM CHECKING          Sep 09<br>009119808855 VIA CBusOL Re # 066526 | | | |
| 09/09 | DEBIT CARD PURCH Card Ending in 3618<br>NF8BB02                          3618 Sep 09<br>FEDEXOFFICE  00017418 N MIAMI BEACH FL 13249 | | | |
| 09/09 | DEBIT CARD PURCH Card Ending in 3618<br>J9DG2312                         3618 Sep 09<br>FEDEXOFFICE  00017418 N MIAMI BEACH FL 13249 | | | |
| 09/09 | CHECK NO:          148 | | | |
| 09/09 | CHECK NO:          173 | | | |
| 09/09 | CHECK NO:          1037 | | | |
| 09/09 | CHECK NO:          164 | | | |
| 09/10 | TRANSFER CREDIT<br>TRANSFER FROM CHECKING          Sep 10<br>009119808855 VIA CBusOL Re # 021020 | | | |
| 09/10 | DEBIT CARD PURCH Card Ending in 3618<br>9WLT4WQH                        3618 Sep 10<br>PUBLIX #621        MIAI BEACH  FL 13250 | | | |
| 09/10 | DEBIT CARD PURCH Card Ending in 2872<br>TJ2KN9YF                         2872 Sep 10<br>SHELL OIL 57543957104 MIAI     FL 13250 | | | |
| 09/10 | DEBIT CARD PURCH Card Ending in 3618<br>NZQR2FGC                        3618 Sep 10<br>CHEVRON 0047607      MIAI BEACH  FL 13252 | | | |
| 09/10 | DEBIT CARD PURCH Card Ending in 3618<br>QZQR2FGC                        3618 Sep 10<br>CHEVRON 0047607      MIAI BEACH  FL 13252 | | | |
| 09/10 | DEBIT CARD PURCH Card Ending in 3618<br>FQ6CWP*7                        3618 Sep 10<br>CECCONIS MIAMI BEACH  MIAI BEACH  FL 13252 | | | |
| 09/10 | DEBIT CARD PURCH Card Ending in 2872<br>N*4Q5DHM                        2872 Sep 10<br>SUNSHINE 90        QPS SUNY ISLES  FL 13252 | | | |
| 09/10 | DEBIT CARD PURCH Card Ending in 2872<br>M8P0*S00                        2872 Sep 10<br>PROGRESSIVE *INSURANCE 800776-4737  OH 13252 | | | |
| 09/10 | DEBIT CARD PURCH Card Ending in 3618<br>WF01D6*M                        3618 Sep 10<br>MDC PARKS AND RECREATI 3052071644  FL 13250 | | | |
| 09/10 | DEBIT CARD PURCH Card Ending in 3618<br>LTHDCNGW                        3618 Sep 10<br>LUKFUEL          MIAI         FL 13250 | | | |
| 09/10 | CHECK NO:          145 | | | |
| 09/10 | SERVICE CHARGE<br>ACCT ANALYSIS DIRECT DB | | | |
| 09/11 | ELECTRONIC CREDIT<br>MERCHANT BNKCD   DEPOSIT   334260785889   Sep 11 | | | |
| 09/11 | TRANSFER CREDIT<br>TRANSFER FROM CHECKING          Sep 11<br>009119808855 VIA CBusOL Re # 052287 | | | |
| 09/11 | DEPOSIT | | | |
| 09/11 | DEBIT CARD PURCH Card Ending in 3618<br>X19KTBM2                        3618 Sep 11<br>CITY OF MIAMI BEACH PA MIAI BEACH   FL 13253 | | | |
| 09/11 | DEBIT CARD PURCH Card Ending in 3618<br>L58D0WQH                        3618 Sep 11<br>PUBLIX #621        MIAI BEACH  FL 13253 | | | |
| 09/11 | CHECK NO:          165 | | | |
| 09/11 | CHECK NO:          162 | | | |
| 09/12 | ELECTRONIC CREDIT<br>MERCHANT BNKCD   DEPOSIT   334260785889   Sep 12 | | | |
| 09/12 | DEBIT CARD PURCH Card Ending in 3618<br>RS9H8DHM                        3618 Sep 12<br>SUNSHINE 90        QPS SUNY ISLES  FL 13254 | | | |
| 09/12 | DEBIT CARD PURCH Card Ending in 0012<br>DDG30J00                         0012 Sep 12<br>GOOGLE *ADWS6789741979 CC@OOGLE.COM CA 13254 | 50.00 | | |
| 09/12 | DEBIT CARD PURCH Card Ending in 2872<br>QHS2QNGW                        2872 Sep 12<br>RUSSIAN CONTOUR INC   MARATE     FL 13254 | | | |
| 09/12 | DEBIT CARD     Card Ending in 0012<br>SUNSHINE 90        SUNNY ISLES *FLUS0015 | | | |
| 09/12 | DEBIT CARD     Card Ending in 2872<br>18330 COLLINS AVE    SUNNY ISLES BFLUS0215 | | | |
| 09/13 | DEBIT CARD PURCH Card Ending in 0012<br>D207YV03                         0012 Sep 13<br>MILAM'S MARKET #4    SUNY ISLES B FL 13255 | | | |
| 09/13 | DEBIT CARD PURCH Card Ending in 2856<br>D7Z28N05                         2856 Sep 13<br>HAULOVER          BALHARBOUR  FL 13255 | | | |

NIKO HOLDINGS LLC

Page 5 of 6
Statement Period: Sep 1 - Sep 30, 2013

001/R1/20F016

## CHECKING ACTIVITY

Continued

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 09/20 | DEBIT CARD PURCH Card Ending in 0012<br>H1HBLG00              0012 Sep 20<br>GOTPRINT.COM       818252-3000 CA 13262 | 28.83 | | |
| 09/20 | DEBIT CARD PURCH Card Ending in 0012<br>6BVHCG00             0012 Sep 20<br>GOOGLE *ADWS9853586510 CC@GOOGLE.COM CA 13262 | 75.00 | | |
| 09/20 | DEBIT CARD PURCH Card Ending in 2872<br>XZBM6K00            2872 Sep 20<br>ATT*BILL PAYMENT   866620-6000 TX 13262 | | | |
| 09/20 | CHECK NO:        1050 | | | |
| 09/23 | DEPOSIT<br>2750 AVENTURA BLVD, AVENTURA, FL | | | |
| 09/23 | TRANSFER CREDIT<br>TRANSFER FROM CHECKING        Sep 23<br>009119808855 VIA CBusOL Re # 044760 | | | |
| 09/23 | ELECTRONIC CREDIT<br>MERCHANT BNKCD   DEPOSIT   334260785889   Sep 23 | | | |
| 09/23 | DEBIT CARD PURCH Card Ending in 2856<br>69HPRN00            2856 Sep 23<br>APL*APPLE ITUNES STORE 866712-7753  CA 13263 | | | |
| 09/23 | DEBIT CARD PURCH Card Ending in 0012<br>7WJ16V00             0012 Sep 23<br>GOTPRINT.COM       818252-3000 CA 13263 | 28.83 | | |
| 09/23 | DEBIT CARD PURCH Card Ending in 3618<br>XXHH1WQH            3618 Sep 23<br>PUBLIX #621      MIAI BEACH FL 13263 | | | |
| 09/23 | CHECK NO:        1051 | | | |
| 09/24 | TRANSFER CREDIT<br>TRANSFER FROM CHECKING        Sep 24<br>009119808855 VIA CBusOL Re # 084636 | | | |
| 09/24 | DEBIT CARD PURCH Card Ending in 0012<br>1VTMP*GK            0012 Sep 24<br>TOLLFREEFORWARDING.COM LOSANGELES  CA 13266 | 9.00 | | |
| 09/24 | DEBIT CARD PURCH Card Ending in 2872<br>36MNMWD3            2872 Sep 24<br>SUNPASS OPERATIONS   8888655352  FL 13266 | | | |
| 09/24 | DEBIT CARD PURCH Card Ending in 2872<br>95PNMWD3            2872 Sep 24<br>SUNPASS OPERATIONS   8888655352  FL 13266 | | | |
| 09/24 | DEBIT CARD PURCH Card Ending in 2872<br>9PPNMWD3            2872 Sep 24<br>SUNPASS OPERATIONS   8888655352  FL 13266 | | | |
| 09/24 | DEBIT CARD PURCH Card Ending in 0012<br>KHJ7NJ00             0012 Sep 24<br>GOOGLE *ADWS6789741979 CC@OOGLE.COM CA 13266 | 200.00 | | |
| 09/24 | CHECK NO:        1052 | | | |
| 09/25 | ELECTRONIC CREDIT<br>MERCHANT BNKCD   DEPOSIT   334260785889   Sep 25 | | | |
| 09/25 | DEPOSIT | | | |
| 09/25 | DEBIT CARD PURCH Card Ending in 2872<br>*N89XVB7            2872 Sep 25<br>HOTWIRE COMMUNICATIONS 0616428570  PA 13267 | | | |
| 09/26 | TRANSFER CREDIT<br>TRANSFER FROM CHECKING        Sep 26<br>009119808855 VIA CBusOL Re # 053655 | | | |
| 09/26 | DEBIT CARD PURCH Card Ending in 2856<br>LRG0NDHM            2856 Sep 26<br>SUNSHINE 90    QPS SUNY ISLES FL 13268 | | | |
| 09/26 | DEBIT CARD PURCH Card Ending in 2856<br>BV3G5M00            2856 Sep 26<br>APL*APPLEONLINESTOREUS 800676-2775  CA 13268 | | | |
| 09/26 | DEBIT CARD PURCH Card Ending in 3618<br>WB01GPHQ            3618 Sep 26<br>OFFICE DEPOT #189    N MAMI BEACH FL 13268 | | | |
| 09/26 | CHECK NO:        1027 | | | |
| 09/26 | CHECK NO:        1054 | | | |
| 09/26 | CHECK NO:        1053 | | | |
| 09/27 | DEBIT CARD PURCH Card Ending in 2856<br>XML7J66S            2856 Sep 27<br>BALTIC SHIPPING EXPRES MIAI    FL 13269 | | | |
| 09/27 | DEBIT CARD PURCH Card Ending in 2872<br>DPF1PDHM            2872 Sep 27<br>SUNSHINE 90    QPS SUNY ISLES FL 13269 | | | |
| 09/27 | DEBIT CARD PURCH Card Ending in 0012<br>0QNBTT00             0012 Sep 27<br>SEA TOW MIAMI     305673-2869 FL 13269 | | | |
| 09/30 | ELECTRONIC CREDIT<br>MERCHANT BNKCD   DEPOSIT   334260785889   Sep 30 | | | |
| 09/30 | DEPOSIT<br>2750 AVENTURA BLVD, AVENTURA, FL | | | |
| 09/30 | TRANSFER CREDIT<br>TRANSFER FROM CHECKING        Sep 30<br>009119808855 VIA CBusOL Re # 072758 | | | |

MVT000015

Citibank CBO Services     055
P.O. Box 769018
San Antonio, Texas 78245

001/R1/20F016

024
CITIBANK, N. A.

NIKO HOLDINGS LLC
18660 COLLINS AVENUE     Suite 104
SUNNY ISLES BEACH        FL 33160

Statement Period
**Oct 1 - Oct 31, 2013**
**Relationship Manager**
Citibusiness Service Center
(877) 528-0990

Page 1 of 4

## CitiBusiness® ACCOUNT AS OF OCTOBER 31, 2013

**Relationship Summary:**

Checking
Savings                    -----
Checking Plus              -----

**COMING SOON**
A New Citibank® Branch at:
18999 Biscayne Boulevard
Aventura, FL
Citibank, N.A. Member FDIC

## SERVICE CHARGE SUMMARY FROM SEPTEMBER 1, 2013 THRU SEPTEMBER 30, 2013

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING #** | | | |
| Average Daily Collected Balance | | | |
| DEPOSIT SERVICES | | | |
| MONTHLY MAINTENANCE FEE | 1 | 16.0000 | |
| CHECKS, DEP ITEMS/TICKETS, ACH | 60 | .3000 | |
| **WAIVE | | | |
| **Total Charges for Services** | | | |
| **Net Service Charge** | | | |
| Charges debited from account | | | |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**

Beginning Balance:
Ending Balance:

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/01 | ELECTRONIC CREDIT<br>MERCHANT BNKCD  DEPOSIT  334260785889  Oct 01 | | | |
| 10/01 | DEPOSIT<br>2750 AVENTURA BLVD, AVENTURA, FL | | | |
| 10/01 | DEPOSIT<br>2750 AVENTURA BLVD, AVENTURA, FL | | | |
| 10/01 | MISC DEPOSIT | | | |
| 10/01 | DEBIT CARD PURCH Card Ending in 0012<br>HXN*TR00          0012 Oct 01<br>THE UPS STORE #4432   SUNY ISLES B FL 13271 | | | |
| 10/01 | DEBIT CARD PURCH Card Ending in 0012<br>2329L8YF          0012 Oct 01<br>SHELL OIL 57543955900 SUNY ISLES B FL 13273 | | | |
| 10/01 | DEBIT CARD PURCH Card Ending in 0012<br>3SF4LP00          0012 Oct 01<br>GOOGLE *ADWS9853586510 CC@OOGLE.COM CA 13271 | 100.00 | | |
| 10/01 | DEBIT CARD PURCH Card Ending in 0012<br>*2DMMHP4          0012 Oct 01<br>HAULOVER        BALHARBOUR  FL 13273 | | | |

MVT000016

NIKO HOLDINGS LLC

A███████████████                    Page 2 of 4
Statement Period: Oct 1 - Oct 31, 2013

001/R1/20F016

## CHECKING ACTIVITY                                                    Continued

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 10/01 | DEBIT CARD PURCH Card Ending in 2856<br>KPYS9200              2856 Oct 01<br>SQ *RAW BAR 2 GO    BalHarbour  FL 13273 | ████ | | ████ |
| 10/01 | DEBIT CARD PURCH Card Ending in 0012<br>J4W4LP00              0012 Oct 01<br>GOOGLE *ADWS9853586510 CC@OOGLE.COM CA 13271 | 400.00 | | ████ |
| 10/01 | CHECK NO:        175 | ████ | | ████ |
| 10/01 | CHECK NO:        166 | ████ | | ████ |
| 10/01 | CHECK NO:        1060 | ████ | | ████ |
| 10/01 | CHECK NO:        1063 | ████ | | ████ |
| 10/02 | DEBIT CARD PURCH Card Ending in 0012<br>91W4G5YF              0012 Oct 02<br>SHELL OIL 57543955900 SUNY ISLES B FL 13274 | ████ | | ████ |
| 10/02 | DEBIT CARD PURCH Card Ending in 0012<br>8KC3H5YF              0012 Oct 02<br>SHELL OIL 57543955900 SUNY ISLES B FL 13274 | ████ | | ████ |
| 10/02 | DEBIT CARD PURCH Card Ending in 2872<br>ZJDLTGBR     97571210 SUNY ISLES  FL 13274<br>EXXONMOBIL | ████ | | ████ |
| 10/02 | DEBIT CARD PURCH Card Ending in 2856<br>DKJ6WDHM              2856 Oct 02<br>SUNSHINE 90    QPS SUNY ISLES  FL 13274 | ████ | | ████ |
| 10/03 | DEBIT CARD PURCH Card Ending in 2856<br>HJ9FL800              2856 Oct 03<br>APL*APPLE ITUNES STORE 866712-7753  CA 13275 | ████ | | ████ |
| 10/03 | DEBIT CARD PURCH Card Ending in 2856<br>4N77XDHM              2856 Oct 03<br>SUNSHINE 90    QPS SUNY ISLES  FL 13275 | ████ | | ████ |
| 10/03 | DEBIT CARD PURCH Card Ending in 2872<br>BWTXT955              2872 Oct 03<br>U-HAUL OF N MIAMI BEAC N MAMI BEACH FL 13275 | ████ | | ████ |
| 10/03 | DEBIT CARD PURCH Card Ending in 3618<br>W5NCRD*M              3618 Oct 03<br>MDC PARKS AND RECREATI 3052071644  FL 13275 | ████ | | ████ |
| 10/03 | ACH DEBIT<br>MERCHANT BNKCD    DEPOSIT  334260785889  Oct 03 | ████ | | ████ |
| 10/03 | DEBIT CARD       Card Ending in 2872<br>OFFICE DEPOT 00 17801 BNORTH MIAMI BFLUS0015 | ████ | | ████ |
| 10/04 | DEBIT CARD PURCH Card Ending in 2872<br>H9TS1Q*M              2872 Oct 04<br>WEBPAY-COURTORTICKET  3053751987  FL 13276 | ████ | | ████ |
| 10/04 | DEBIT CARD PURCH Card Ending in 2872<br>CL6BXDHM              2872 Oct 04<br>SUNSHINE 90    QPS SUNY ISLES  FL 13276 | ████ | | ████ |
| 10/04 | CHECK NO:        1055 | ████ | | ████ |
| 10/04 | CHECK NO:        1062 | ████ | | ████ |
| 10/07 | DEPOSIT<br>2750 AVENTURA BLVD, AVENTURA, FL | | ████ | ████ |
| 10/07 | ACH DEBIT<br>TD AUTO FINANCE  WEB PAY  0001100734993  Oct 07 | ████ | | ████ |
| 10/07 | CHECK NO:        137 | ████ | | ████ |
| 10/07 | CHECK NO:        1057 | ████ | | ████ |
| 10/07 | CHECK NO:        1056 | ████ | | ████ |
| 10/07 | DEBIT CARD       Card Ending in 2856<br>RACETRAC469      PAMPANO BEAC FLUS0015 | ████ | | ████ |
| 10/07 | DEBIT CARD       Card Ending in 2856<br>WEST MARINE 01292    FT LAUDERDALEFLUS0214 | | ████ | ████ |
| 10/08 | TRANSFER CREDIT<br>TRANSFER FROM CHECKING          Oct 08<br>009119808855 VIA CBusOL Re # 000257 | | ████ | ████ |
| 10/08 | DEBIT CARD PURCH Card Ending in 2856<br>RB1NMWD3              2856 Oct 08<br>SUNPASS OPERATIONS   8888655352  FL 13278 | ████ | | ████ |
| 10/08 | DEBIT CARD PURCH Card Ending in 0010<br>766BJVQH              0010 Oct 08<br>PUBLIX #621     MIAI BEACH  FL 13280 | ████ | | ████ |
| 10/08 | DEBIT CARD PURCH Card Ending in 3618<br>SQGD1QHM              3618 Oct 08<br>SUNSHINE 90    QPS SUNY ISLES  FL 13280 | ████ | | ████ |
| 10/08 | DEBIT CARD PURCH Card Ending in 3618<br>WQVFV7YF              3618 Oct 08<br>SHELL OIL 57543955900 SUNY ISLES B FL 13280 | ████ | | ████ |
| 10/08 | DEBIT CARD PURCH Card Ending in 0010<br>M8D5V400              0010 Oct 08<br>PUBLIX #621     MIAI BEACH  FL 13280 | ████ | | ████ |
| 10/08 | DEBIT CARD PURCH Card Ending in 2856<br>NDQ9CF00              2856 Oct 08<br>APL*APPLEONLINESTOREUS 800676-2775  CA 13278 | ████ | | ████ |
| 10/08 | DEBIT CARD PURCH Card Ending in 3618<br>1V0GYSGW              3618 Oct 08<br>CELLULAR SUNNY ISLES  SUNNY ISLES B FL 13280 | ████ | | ████ |



Miami VIP Tours

# YACHT CHARTER AGREEMENT

This agreement made on ▮▮▮▮▮▮ between Miami VIP Tours (Niko Holdings, LLC) owner of the vessel _Sapphire_ and ▮▮▮▮▮▮▮▮▮ (client/charterer) is a bounding agreement for charter services. The client/charterer acknowledges that he/she will be bound by the terms of this agreement, jointly and severally, with the other members of the charterer group and is responsible for the accurate communication and coordination with all other members of the charter group.

**DELIVERY:** Miami VIP Tours agrees to deliver the yacht at the port of boarding in full commission and in proper working order, outfitted as a yacht of her size, type and accommodations, with full equipment, inclusive of that required by law, and fully furnished, including galley and dining utensils and linens and blankets; staunch and clean and in good condition throughout and ready for service; and agrees to allow demurrage pro rata to the Charterer for any delay in delivery. Should it be impossible for Miami VIP Tours to make delivery as stipulated through causes beyond their control and should such delivery not be made within 1 hour thereafter, then this agreement may be canceled by the by the charterer and any money paid in advance shall be returned to him without further liability.
X_____

**INSURANCE:** Miami VIP Tours represents that the vessel is insured against fire, marine and collision risks, and with protection and indemnity coverage for the term of this charter. Said policies of the insurance are to be held by Miami VIP Tours. Miami VIP Tours shall not be held responsible for any injury suffered by the charterer, or any member of his or her party, either the said party's person or property, regardless of whether any such injury occurs on board the yacht or elsewhere. More specifically but without limiting the foregoing, Miami VIP Tours and their insurance underwriters accept no responsibility for accidents, injuries or death due to swimming or use of snorkels, scuba gear, water-skis, windsurfers, or similar sports equipment whether supplied by Miami VIP Tours or charterer.
X_____

**ACCIDENTS:** Miami VIP Tours agrees that should the yacht after delivery sustain breakdown of machinery and prevent the use of the yacht by charterer for a period of no more than 1 hour the same not being brought about by any act or fault of the charterer, then charterer shall have the right to terminate charter and the amount paid by him shall be refunded by Miami VIP Tours pro rata from the time of such damage.
X_____

**DRUG RESTRICTION:** The charter party agrees to prohibit the use or possession of any illegal drugs, including but not limited to marijuana, on board the charter vessel and will be completely responsible for any loss or damage to the vessel due to any violation of customs or applicable drug acts. Penalty for discovery of illegal drugs or controlled substances other than by prescription on board a vessel is confiscation and forfeiture of the vessel even if the presence of such substances is unknown to the crew. Therefore, if such substances are used by or found to be in possession of guests, they will be put ashore at the next port of call without refund of charter fees.
X_____

**AUTHORITY:** Miami VIP Tours agrees to provide the yacht with a captain and crew appropriate for her size. The captain shall be competent in both coastwise and off-shore navigation and hold an appropriate captain's license. While it is agreed that the charterer may determine the general movements and destination of the yacht within the boundaries of the agreement, it is understood that the captain is in full command and the charterer agrees to abide by his judgement as to clearance, sailing, weather conditions, anchorages, and other pertinent matters regarding the operation of the vessel.

X_____

**LENS:** The charterer, his agents and employees have no right to permit the creation of any maritime liens against the yacht. The charterer agrees to indemnify the owner for any charges or losses in connection therewith, including reasonable attorney's fees.

X_____

**NAVIGATION LIMITS:** The charterer agrees to restrict the cruising of the yacht to the areas covered by the current insurance policy of the yacht.

X_____

**NON-ASSIGNMENT:** The charterer agrees not to assign this agreement or sub charter the yacht without consent of the owner in writing.

X_____

**CANCELLATION:** It is further agreed by the parties hereto that if charterer must cancel, all monies will be forfeited and the charterer will remain responsible for full charter fee including all applicable taxes and fees, unless the yacht is rebooked. If Miami VIP Tours must cancel the payment will be refunded in full to the charterer.

X_____

**ADDITIONAL CONDITIONS:**

- It is understood by the charterer that only the contracted time is covered by the quoted rate, any waiting time and/or delay in return of the vessel not caused directly by Miami VIP Tours will result in additional charges responsible by the charterer.

- Smoking is permitted in designated areas only.

X_____          12:00 _____ 8:00 pm



Print Name

X_____ ██████████████████

Signature

X_____ ██████████████████

Date

X_____ ██████████████████

**Miami VIP Tours**
18660 Collins Ave Suite 104
Sunny Isles Beach, FL 33160
(888) 525-6454

## One Time Credit Card Payment Authorization Form

Sign and complete this form to authorize Miami VIP Tours to make a debit to your credit card listed below.

By signing this form you give us permission to debit your account on or after the indicated date.

### Please complete the information below:

I _____ authorize Miami VIP Tours to charge my credit card
                (full name)

account indicated below for _____ on or after_____. This payment is for
                           (amount)               (date)

_____.
     (description of services)

Billing Address _____  Phone # _____

City, State, Zip _____  Email _____

Account Type:  Visa_____       MasterCard_____       AMEX_____       Discover_____

Cardholder Name _____

Account Number _____

Expiration Date  _____

CVV2 (3 digit number on back of Visa/MC, 4 digits on front of AMEX) _____

SIGNATURE _____  DATE _____

I authorize the above named business to charge the credit card indicated in this authorization form according to the terms outlined above. This payment authorization is for the services described above.  I certify that I am an authorized user of this credit card and that I will not dispute the payment with my credit card company; so long as the transaction corresponds to the terms indicated in this form.

United States - English    Currency **USD**              24/7 Support **(480) 505-8877**    Sign In    Register    Cart is empty

## GoDaddy
It's go time

**All Products    Domains    Websites    Hosting & SSL    Get Found    Email & Tools    Support**

WHOIS search results for:
### MIAMIVIPTOURS.COM
(Registered)

**Is this your domain?**    GO
Add hosting, email and more.

**Want to buy this domain?**    GO
Get it with our Domain Buy service.

Domain Name: MIAMIVIPTOURS.COM
Registry Domain ID: 1808250116_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-04-02 11:45:17
Creation Date: 2013-06-13 17:41:31
Registrar Registration Expiration Date: 2015-06-13 17:41:31
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Vitaly Godun
Registrant Organization:
Registrant Street: 18001 Collins Ave
Registrant City: Sunny Isles Beach
Registrant State/Province:
Registrant Postal Code: 33160
Registrant Country: Zimbabwe
Registrant Phone: 3054942366
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: vitaly.godun@gmail.com
Registry Admin ID:
Admin Name: Vitaly Godun
Admin Organization:
Admin Street: 18001 Collins Ave
Admin City: Sunny Isles Beach
Admin State/Province:
Admin Postal Code: 33160
Admin Country: Zimbabwe
Admin Phone: 3054942366
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: vitaly.godun@gmail.com
Registry Tech ID:
Tech Name: Vitaly Godun
Tech Organization:
Tech Street: 18001 Collins Ave
Tech City: Sunny Isles Beach
Tech State/Province:
Tech Postal Code: 33160
Tech Country: Zimbabwe
Tech Phone: 3054942366
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: vitaly.godun@gmail.com
Name Server: NS69.DOMAINCONTROL.COM
Name Server: NS70.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
Last update of WHOIS database: 2014-5-6T18:00:00Z

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written

## Domain already taken?

Enter Domain Name          .com    ▼    Search

### NameMatch Recommendations

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

**Domains available for new registration:**

| Alternate TLDs | | |
|---|---|---|
| miamiviptours.**info** | SAVE! | $2.99*/yr |
| miamiviptours.**net** | SAVE! | $9.99*/yr |
| miamiviptours.**org** | SAVE! | $12.99*/yr |
| miamiviptours.**biz** | SAVE! | $7.99*/yr |
| miamiviptours.**mobi** | SAVE! | $9.99*/yr |
| miamiviptours.**ca** | | $12.99/yr |
| miamiviptours.**me** | SAVE! | $9.99*/yr |
| miamiviptours.**ws** | SAVE! | $9.99*/yr |
| Similar Premium Domains  ? | | |
| MiamiBusTours.com | | $775.00* |
| CheapHotelMiami.com | | $1,849.00* |
| KayakingTour.com | | $1,749.00* |

ADD TO CART

**Domains available at Go Daddy Auctions®:**

| | | |
|---|---|---|
| thetours.com Ends on: 6/21/2014 9:33:00 AM PDT | | $4,288.00* |
| ortours.com Ends on: 6/20/2014 8:30:00 PM PDT | | $888.00* |
| outtours.com Ends on: 6/20/2014 8:03:00 PM PDT | | $3,588.00* |
| sleddogtours.com Ends on: 6/20/2014 7:35:00 PM PDT | | $688.00* |
| skatingtours.com Ends on: 6/20/2014 7:30:00 PM PDT | | $1,288.00* |
| koshertours.net Ends on: 6/20/2014 7:21:00 PM PDT | | $1,088.00* |

VIEW LISTING

### Learn more about

Private Registration    ?          Deluxe Registration    ?
Business Registration    ?          Protected Registration    ?

*Plus ICANN fee of $0.18 per domain name year.

MVT000021

permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

**CA domain names will be registered through Go Daddy Domains Canada, Inc, a CIRA certified registrar.

See Underlying Registry Data
Report Invalid Whois

Search for another domain name in the **WHOIS** database

Enter a domain name to search                    .com        Search

# NEED HELP?    Call our award-winning support team 24/7 at **(480) 505-8877**

| **About GoDaddy** | **Support** | **Resources** | **My Account** | **Shopping** |
|---|---|---|---|---|
| About Us | Product Support | Webmail | My Account | Product Catalog |
| Contact Us | Site Suggestions | WHOIS Search | My Renewals | Find a Domain |
| News Releases | Report Abuse | ICANN Confirmation | Create Account | Deals of the Day |
| Careers | | Affiliates | | |
| Corporate Responsibility | | Small Business Center | | |
| GoDaddy Store | | Site Map | | |
| Legal | | | | |
| Blake's Blog | | | | |

Sign up for special offers:

Email Address                    Submit

---

**United States - English**    Currency **USD**                    Follow Us

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to
be bound by these Universal Terms of Service, Legal    Privacy Policy

Copyright © 1999 - 2014 GoDaddy Operating Company, LLC. All Rights Reserved.



MVT000022

 **at&t**   Home | Existing Customer | New Customer | Sales | Admin | Quick Links | Help | Log Out    26

gt9699
04/15/2014
0142 Aventura

 **The Primary Account Holder (PAH) has not been set for this account.**
**Please update the account with the Primary Account Holder information using the 'change' link.**

Ch

**IMPORTANT!** This is a Business account. Qualify the customer for:


- Business applications such as Enhanced Push to Talk, Telenav Track, Office@Hand, ProntoForms, and AT&T Business Messaging
- Wired phone and/or internet service (submit e-Lead if appropriate)

N
O
28
30

**Customer Summary for NIKO PETROLEUM RETAILERS OF FLORIDA,**   **↻ Refresh**

## Account Information

**Mobile Information** (305) 504-1717 ▾

**Subscriber History**

Pre-Ap

### Billing Info

| | |
|---|---|
| Name: | NIKO PETROLEUM RETAILERS OF FLORIDA, |
| Billing Address: | ATTN: GODUN, VITALY 15807 BISCAYNE BLVD STE 201 AVENTURA, FL, 33160 |
| Work Phone Number: | 305-494-2366 |
| Primary Email: | CONTACT@MIAMIVIPTOUR.COM   change |
| Primary Account Holder: | not set |
| Passcode: | *****8476 |
| Tax Id #: | Unknown |
| CPNI Preference: | Unknown |
| Authorized Users: | PAVEL UGLANOV |

### Primary User Info

| | |
|---|---|
| Name: | VITALY/ PAVEL GODUN/ UGLANOV |
| Address: | 17150 N BAY RD APT 2901 SUNNY ISLES BEACH, FL, 33160-3464 |
| Wireless Number: | (305) 504-1717 |
| Voicemail Pilot Number: | |
| Voicemail Password: | |
| Mobile Type: | ● Orange |
| Mobile ID Number: | |
| Mobile Created: | 01/31/2014 |
| Mobile Status: | Canceled |
| Migrated: | No |
| Split Liability: | Not Enrolled |
| Target Account: | ○○○○○ |
| Churn: | ○○○○○ |
| Revenue: | |



## Status and Preferences

**Solicitation and Marketing**

| | |
|---|---|
| Account Status: | Canceled |
| Account Created: | 01/31/2014 |

S
T
T

Done



# TollFreeForwarding.com
BUSINESS WITHOUT BORDERS

TollFreeForwarding.com
9841 Airport Blvd.
9th Floor
Los Angeles, CA 90045-5421
U.S.A.

## Miami VIP Tours

**Vitaly Aldiyev**

18660 Collins Ave 104
Sunny Isles, FL 33160
US

| | |
|---|---|
| Opening Balance: | $ 0.00 |
| Usage & Debits: | $ 19.00 |
| Payments & Credits: | $ 20.00 |
| Closing Balance | $ 1.00 CR |

## Payments

| Date | Description | Account | Amount |
|---|---|---|---|
| Jun 25, 2013 | Vitaly Godun | 557134******0012 | $20.00 |
| | | **Total Payments for June** | **$20.00** |

## Credits

| Date | Description | Amount |
|---|---|---|
| No credits | | |
| | **Total Credits for June** | **$0.00** |

## Debits

| Date | Description | Amount |
|---|---|---|
| No debits | | |
| | **Total Debits for June** | **$0.00** |

## Usage

| Number Type | Phone Number | Number Status | Plan Type | Minutes Used | Monthly Fee | Add'l Usage | Amount |
|---|---|---|---|---|---|---|---|
| USA/Canada Toll Free | 1-888-525-6454 | Active | Monthly | 133 | $19.00 | $0.00 | $19.00 |
| Vitaly's Phone - 1-888-525-6454 | | | | | | | |
| | | | | | | **Total Usage for June** | **$19.00** |

MVT000024



Not Murad?  |    Log Out  |    Messages (0)  |    Contact Us  |

Fri. Jul 26  09:03
Your Account Number is: 442334

**Payment Methods**          **Modify Payment Methods**          **Payment Settings**                    **Modify Settings**

Vitaly Godun (expires: May 2016)          557134******0012          Recharge Amount:    **$9.00**
                                                                     When balance below:  **$0.00**

**Statement for** ( Current Month

### Miami VIP Tours

**Vitaly Aldiyev**

18660 Collins Ave 104              Opening Balance:        **$ 1.00 CR**
Sunny Isles, FL  33160             Usage & Debits:         **$ 19.00**
US                                 Payments & Credits:     **$ 18.00**
                                   Current Balance         $ 0.00

#### Payments

| Date | Description | Account | | Amount |
|---|---|---|---|---|
| Jul 01, 2013 | Vitaly Godun | 557134****0012 | | $18.00 |
| | | | Current Payments for July | $18.00 |

#### Credits

| Date | Description | | Amount |
|---|---|---|---|
| No credits | | | |
| | | Current Credits for July | $0.00 |

#### Debits

| Date | Description | | Amount |
|---|---|---|---|
| No debits | | | |
| | | Current Debits for July | $0.00 |

#### Usage

| Number Type | Phone Number | Number Status | Plan Type | Minutes Used | Monthly Fee | Amount Used | Amount Remaining | Add'l Usage | Amount |
|---|---|---|---|---|---|---|---|---|---|
| USA/Canada Toll Free Vitaly's Phone - 1-888-525-6454 | 1-888-525-6454 | Active | Monthly | 232 | $19.00 | $16.41 | $2.59 | $0.00 | $19.00 |
| | | | | | | | Current Usage for July | | $19.00 |

Become a Master Agent  |  Terms & Conditions

© 2002 - 2013 TollFreeForwarding.com



6128

MVT000025

# FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

www.sunbiz.org

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

# Detail by Entity Name

## Florida Limited Liability Company

MIAMI VIP TOURS LLC

## Filing Information

| | |
|---|---|
| **Document Number** | L14000060348 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 04/14/2014 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | 04/12/2014 |

## Principal Address

3300 NE 192ND STREET
308
AVENTURA, FL 33180

## Mailing Address

3300 NE 192ND STREET
308
AVENTURA, FL 33180

## Registered Agent Name & Address

GODUN, VITALY
3300 NE 192ND STREET
308
AVENTURA, FL 33180

## Authorized Person(s) Detail

## Name & Address

Title MGR

GODUN, VITALY
3300 NE 192ND STREET 308
AVENTURA, FL 33180

## Annual Reports

Copyright © and  Privacy Policies
State of Florida, Department of State

MVT000026

**Document Images**

04/14/2014 -- Florida Limited Liability          View image in PDF format

MVT000027



# Miami VIP Tours

Tours   [ Edit ]





See all 54 photos

**Serving Sunny Isles Beach and surrounding area**   Edit
18660 Collins Ave
Ste 104
Sunny Isles Beach, FL 33160

(888) 525-6454

MiamiVipTours.com

**Yacht Charters - Limousine Service -...**

2 reviews that are not currently recommended

Today **5:00 am - 3:00 am** Open now

## From the business

### Specialties

Miami VIP Tours is the premier luxury tour service provider of South Florida and all your favorite Miami and Fort Lauderdale destinations. Miami & Fort Lauderdale luxury tours are our specialty and our goal is to treat you and your valued guests as royalty!

Approachable rates on all of our luxurious land, air and sea excursions. Our magnificent breathtaking yachts, elegant vehicles (white Rolls Royce perfect for weddings), and thrilling helicopters are guaranteed to enhance your holiday, ceremony, and any other special occasion coming up! Our 5 star service is incomparable with our award winning staff comprised of the best in the business that South Florida has to offer. We provide guided tours in Russian, Portuguese, and Spanish with knowledgeable and efficient drivers, pilots, captains, and crew.

### History

Established in 2004.

In the 90's started out as a family owned Limousine company in Chicago. With hard work, 5 star service and dedication the company became a leading Limousine service provider of Miami & Chicago land area. In the mid 2000's the company expanded to a full service VIP tour provider.

### Meet the Manager

 **Vitaly G.**
Manager

Vitaly Godun is a Co-Founder and Chied Executive officer of Miami VIP Tours. Miami VIP Tours is the leading Yacht Charter, Luxury Exotic Car Rental & Limousine Service Company in Miami Dade and Broward County. Mr. Godun received all of his experience from Miami VIP Tours sister company located in Chicago, IL (VJ Limousine). Vitaly Godun made sure Miami VIP Tours grew from a "2 car company" in to one of the largest five star Limousine/ Yacht Chartering company's in South Florida. Miami VIP Tours prides it self on being one of the most service oriented and exclusive tour company's in all of South Florida. As you can see on the company website "Our goal is to treat you and your valued guests as royalty and to make sure you are treated to an experience only Miami VIP Tours can provide. Our drivers, pilots and captains are highly trained professionals who posses the charisma that clients come back for again and again."

### Miami VIP Tours also recommends

 **Acqualina Resort**
★★★★★ 25 reviews
Hotels

### Hours

| Mon | 5:00 am - 3:00 am | |
| Tue | 5:00 am - 3:00 am | |
| Wed | 5:00 am - 3:00 am | |
| Thu | 5:00 am - 3:00 am | Open now |
| Fri | 5:00 am - 3:00 am | |
| Sat | 5:00 am - 3:00 am | |
| Sun | 5:00 am - 3:00 am | |

Edit business info

### People also viewed

 **RIB Adventures Now**
★★★★★ 4 reviews

 **Problue Marine**
★★★★★ 2 reviews

 **Execyacht Management**
★★★★☆ 5 reviews

 **Vitaly G. says,** "Great service, beautiful property and a popular destinations for a lot of our clients."

**Best of Yelp** Sunny Isles Beach – Tours



**Buffalo Tiger's Florida Everglades Airboat Tours**
⭐⭐⭐⭐⭐ 81 reviews



**Everglades Safari Park**
⭐⭐⭐⭐ 38 reviews



**Royal Caribbean International - Allure Of The Sea**
⭐⭐⭐⭐ 15 reviews



**RIB Adventures Now**
⭐⭐⭐⭐⭐ 4 reviews



**Fun Charters Miami**
⭐⭐⭐⭐⭐ 7 reviews

See More

**About**
About Yelp
Yelp Blog
Press
Investor Relations
Terms of Service
Privacy Policy
Ad Choices

**Help**
FAQ
Advertise
Content Guidelines
Contact Yelp
Business Support
Developers

**More**
Careers
Yelp Mobile
The Weekly Yelp
Yelp SeatMe
RSS
Top Searches

**Languages**
English

**Countries**
United States

Sunny Isles Beach Business Listings    # A B C D E F G H I J K L M N O P Q R S T U V W X Y Z | Newly Added | Talk Archive

Site Map | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Detroit | Honolulu | Houston | Los Angeles | Miami | Minneapolis | New York | Philadelphia | Portland | Sacramento | San Diego | San Francisco | San Jose | Seattle | Washington, DC | More Cities

Copyright © 2004–2014 Yelp Inc. Yelp, yelp and related marks are registered trademarks of Yelp.



Email or Phone

Password

☐ Keep me logged in      Forgot your pass

**Miami VIP Tours is on Facebook.**

To connect with Miami VIP Tours, sign up fo

[ Sign Up ]    [ Log In ]

# Miami VIP Tours

**4.6** ★★★★½ (44 ratings)

770 likes · 2 talking about this · 24 were here

Tour Company · Limo Service

18660 Collins Ave Suite 104, Sunny Isles, Florida 33160

(888) 525-6454

🟢 Today 4:00 am - 12:30 am

About                      Photos      Likes      R

**770**

[ Highlights ]



**Miami VIP Tours**
April 27

Yacht and Helicopter tours around Fisher Island

Reviews



**Annushka Nova**
★★★★☆

Diamond luxurius yacht - is the one of perfec
dynamics, and highspeed jetski on the ocean
See More

1 · about 8 months ago ·

**Vitaly Godun**
★★★★★

Great Miami Limousine Service and Miami Ya
2 · about 9 months ago ·

**Elkie Dilbert**
★★★★★

My absolute favorite!! So much fun always!
about a month ago ·



Like · Comment · Share

Sergio Rodriguez T, Ras Jinky, Bud Hicks and 12 others like this.

 **Miami VIP Tours**
April 19

www.MiamiVipTours.com



Like · Comment · Share                                            2

Sky Limos, Vitaly Godun, Natalia Sierra and 20 others like this.

 **Miami VIP Tours**
April 9

Enjoy our helicopter tours of Miami Beach, Ft Lauderdale, Miami Downtown, Everglades, Keys and all of the surrounding islands!

---

 **Anastasia Delaflote**
★★★★★
Yachts and limousines was a perfect combo f
about 5 months ago ·

Recent Posts by Others on Miami VIP Tours

 **Michelle Yuster**
With such luxury vehicles and cruise ships, wl
1 · November 10, 2013 at 2:30pm

 **Randy Lacey**
how would you folks like to sponsor our motic
September 30, 2013 at 9:58am

 **Olga Voronina**
Olga posted a photo.
1    3    1 · September 10, 2013 at 1:22

 **Mike Bader**
Congratulations Miami VIP Tours on the ac
2    1 · August 31, 2013 at 11:24am

 **Coumba Zoumanigui**
Thank you to the team @ Miami VIP Tours fo
2    2 · August 30, 2013 at 4:41pm

More Posts

Likes

 **Orlando International Airport MCO**
Airport

 **Fort Lauderdale - Hollywood Internationa**
Airport · Airport Terminal

 **deadmau5**
Musician/Band

 **Broward Center for the Performing Arts**
Performance Venue · Theatre · Concert Venue

 **Worlds Best of Euro Techno House Dance**
Community

 **Miami VIP Tours**
March 27 · Edited

The weekend is almost here, call us for unl
& full day yacht specials!

www.MiamiVipTours.com







Like · Comment · Share

Sky Limos, Vitaly Godun, Holl Attila and 6 others like this.

 **Papi Papi Mami** Wow!
April 9 at 5:56pm ·    1

Like · Comment · Share

 **Miami VIP Tours**
March 21 · Edited

 **Miami VIP Tours**
March 7

Great weekend specials on all boats and Yachts!

www.MiamiVipTours.com

Perfect Weekend Getaway!
www.MiamiVipTours.com





Like · Comment · Share

Like · Comment · Share                                14

 **Miami VIP Tours**
February 24

 **Miami VIP Tours**
February 13

Rent your dream car today! Largest Fleet & Lowest Prices in Miami!
#Miami #Ferrari #Luxury #Exotic #SouthBeach



Like · Comment · Share          16    1

 **Miami VIP Tours**
February 5

No plans for Valentines day? We can help with our large selection of Limousines, Yachts and other Romantic packages!
www.MiamiVipTours.com



Like · Comment · Share          15

 **Miami VIP Tours**
January 28

Rent your dream car today!
www.MiamiVipTours.com

Offering helicopter packages to see the Mia
2014! #Miamiboatshow



Like · Comment · Share

 **Miami VIP Tours**
January 29

Party doesn't stop when the sun goes dow



Like · Comment · Share

 **Miami VIP Tours**
January 24

Happy Friday from Miami VIP!
www.facebook.com/Miami.VIP.Tours



Like · Comment · Share                                        13



**Miami VIP Tours**
January 10

Make sure to visit our website for latest specials!
www.MiamiVipTours.com



Like · Comment · Share                                        20



**Miami VIP Tours**
December 20, 2013



Like · Comment · Share



**Miami VIP Tours**
December 31, 2013

Happy New Years from Miami VIP Tours!



Like · Comment · Share



**Miami VIP Tours**
December 30, 2013

Amazing Yacht/ Boat charters, luxurious lin
exotic car rentals.
www.MiamiVipTours.com

Who is ready for a Miami helicopter adventure?

www.MiamiVipTours.com





Like · Comment                                          9    1

 **Miami VIP Tours**
December 10, 2013

Tired of baking in the sun? Spice up your vacation or







Like · Comment · Share

 **Miami VIP Tours**
December 17, 2013

Have the need for speed? Our go fast boat
machines in the water, cruising easily at ov
www.MiamiVipTours.com



Like · Comment · Share

 **Miami VIP Tours**
December 3, 2013

Who wants to spend New Years with frienc
Visit our website for amazing specials!
www.MiamiVipTours.com

MVT000035

Like · Comment · Share    35   1



**Miami VIP Tours**
November 30, 2013

5 Star Resorts, Luxury Cars, Air or Water Tours of Miami

www.MiamiVipTours.com



Like · Comment · Share



Like · Comment · Share    12

Find Friends  Badges  People  Pages  Places  Apps  Games  Music
About  Create Ad  Create Page  Developers  Careers  Privacy  Cookies  Terms

ook © 2014 · English (US)

Have an account? Sign in ▾

https://twitter.com/Miami_VIP_Tours

**Tweets**

Following

Followers

Favorites

Lists

# Follow Miami VIP Tours

Photos and videos





Worldwide Trends · Change

#PBBALLINDay11
#FNCWIN
#OMGWIN

## Tweets

| TWEETS | FOLLOWING | FOLLOWERS |
|---|---|---|
| 70 | 25 | 7 |

### Miami VIP Tours
@Miami_VIP_Tours

Magnificent breathtaking yachts, elegant vehicles, and thrilling helicopters (888) 525-6454

Miami Beach, FL · Miamiviptours.com



**Follow**

**Miami VIP Tours** @Miami_VIP_Tours  Apr 27
Yacht and Helicopter tours around Fisher Island fb.me/1I9rCci8J
Expand          Reply   Retweet   Favorite   More

**Miami VIP Tours** @Miami_VIP_Tours  Apr 19
MiamiVipTours.com fb.me/3cCIDSvtn
Expand          Reply   Retweet   Favorite   More

**Miami VIP Tours** @Miami_VIP_Tours  Apr 9
Enjoy our helicopter tours of Miami Beach, Ft Lauderdale, Miami Downtown, Everglades, Keys and all of the… fb.me/6qjujXwZw
Expand          Reply   Retweet   Favorite   More

**Miami VIP Tours** @Miami_VIP_Tours  Mar 27
The weekend is almost here, call us for unbelievable half day & full day yacht special!

5/8/2014 10:27 AM

MVT000037

https://twitter.com/Miami_VIP_Tour

© 2014 Twitter  About  Help  Terms  Privacy
Cookies  Ads info  Brand  Blog  Status  Apps
Jobs  Advertise  Businesses  Media
Developers  Directory

#FNCWIN
#OMGWIN
Jair Rodrigues
#DefineFood
#bugüntekisteğim
Happy Draft Day
Dil To Pagal Hai
TerbiyesizKüfürbaz 6alatasaray
Spin the Bottle



**Miami VIP Tours** @Miami_VIP_Tours   Mar 27
The weekend is almost here, call us for unbelievable half day & full day yacht
special!
MiamiVipTours.com fb.me/6omeMEx4U

Expand                     Reply        Retweet       Favorite      More



**Miami VIP Tours** @Miami_VIP_Tours   Mar 21
Great weekend specials on all boats and Yachts!

www.Miami Vip Tours.com fb.me/2rEjhuTRc

Expand                     Reply        Retweet       Favorite      More

**Miami VIP Tours** @Miami_VIP_Tours   Mar 7
Perfect Weekend Getaway!
MiamiVipTours.com fb.me/6tctn5Db8

Expand                     Reply        Retweet       Favorite      More

**Miami VIP Tours** @Miami_VIP_Tours   Feb 24
Rent your dream car today! Largest Fleet & Lowest Prices in Miami!
#Miami #Ferrari #Luxury #Exotic #SouthBeach fb.me/2BQQJAFiz

Expand                     Reply        Retweet       Favorite      More



**Miami VIP Tours** @Miami_VIP_Tours   Feb 13
Offering helicopter packages to see the Miami Boat Show 2014!
#Miamiboatshow fb.me/266E08QgA

Expand                     Reply        Retweet       Favorite      More

**Miami VIP Tours** @Miami_VIP_Tours   Feb 5
No plans for Valentines day? We can help with our large selection of Limousines,
Yachts and other Romantic... fb.me/18LT4Okwj

Expand                     Reply        Retweet       Favorite      More

**Miami VIP Tours** @Miami_VIP_Tours   Jan 29
Party doesn't stop when the sun goes down! fb.me/2pyvmLbYU

Expand                     Reply        Retweet       Favorite      More



**Miami VIP Tours** @Miami_VIP_Tours   Jan 28
Rent your dream car today!
MiamiVipTours.com fb.me/3wPHsRcL0

Expand                     Reply        Retweet       Favorite      More

MVT000038

MiamiVipTours.com fb.me/3wPHsRcL0

Expand  Reply  Retweet  Favorite  More

**Miami VIP Tours** @Miami_VIP_Tours   Jan 24
Happy Friday from Miami VIP!
facebook.com/Miami.VIP.Tours fb.me/6palGnpKR

Expand  Reply  Retweet  Favorite  More

**Miami VIP Tours** @Miami_VIP_Tours   Jan 10
Make sure to visit our website for latest specials!
MiamiVipTours.com fb.me/17BlZBAHk

Expand  Reply  Retweet  Favorite  More

**Miami VIP Tours** @Miami_VIP_Tours   Dec 31
Happy New Years from Miami VIP Tours! fb.me/31fUePJEq

Expand  Reply  Retweet  Favorite  More

**Miami VIP Tours** @Miami_VIP_Tours   Dec 30
Amazing Yacht/ Boat charters, luxurious limousines and exotic car rentals.
MiamiVipTours.com fb.me/27zH6qUHM

Expand  Reply  Retweet  Favorite  More

**Miami VIP Tours** @Miami_VIP_Tours   Dec 20
Who is ready for a Miami helicopter adventure?

MiamiVipTours.com

Expand  Reply  Retweet  Favorite  More

**Miami VIP Tours** @Miami_VIP_Tours   Dec 20
I posted a new photo to Facebook fb.me/PPsuG0VO

Expand  Reply  Retweet  Favorite  More

**Miami VIP Tours** @Miami_VIP_Tours   Dec 20
I posted a new photo to Facebook fb.me/2tM225Qph

Expand  Reply  Retweet  Favorite  More

**Miami VIP Tours** @Miami_VIP_Tours   Dec 20
Adult playground! #yachts #miami #southbeach #Boats #heaven #luxury
pic.twitter.com/ka0HGXPXd4

Adult playground! #yachts #miami #southbeach #Boats #heaven #luxury
pic.twitter.com/ka0HGXPXd4



Expand

**Miami VIP Tours** @Miami_VIP_Tours   Dec 20
Miami problems pic.twitter.com/hsC3R3nCt0

Reply    Retweet    Favorite    More

Expand



**Miami VIP Tours** @Miami_VIP_Tours   Dec 17
Have the need for speed? Our go fast boats are the fastest machines in the
water, cruising easily at over 80mph!... fb.me/2uhXWULcJ

Reply    Retweet    Favorite    More

Expand

Have the need for speed? Our go fast boats are the fastest machines in the water, cruising easily at over 80mph!... fb.me/2uhXWULcJ

Expand                    Reply          Retweet        Favorite        More

**Miami VIP Tours** @Miami_VIP_Tours   Dec 10
Tired of baking in the sun? Spice up your vacation or weekend in one of our luxurious limos or rentals!... fb.me/2DoWKWGTS

Expand                    Reply          Retweet        Favorite        More

**Miami VIP Tours** @Miami_VIP_Tours   Dec 3
Who wants to spend New Years with friends on a Yacht? Visit our website for amazing specials!
MiamiVipTours.com fb.me/2zDLHOh4l

Expand                    Reply          Retweet        Favorite        More

**Miami VIP Tours** @Miami_VIP_Tours   Nov 30
5 Star Resorts, Luxury Cars, Air or Water Tours of Miami

MiamiVipTours.com fb.me/2BBDBV5pA

Expand                    Reply          Retweet        Favorite        More

**Miami VIP Tours** @Miami_VIP_Tours   Nov 8
We received our 2nd 2014 Mercedes S550! White or Black? fb.me/21VDZRcnK

Expand                    Reply          Retweet        Favorite        More

**Miami VIP Tours** @Miami_VIP_Tours   Oct 31
Night Cruise? Ummm... Yeah!

Approachable rates on all of our luxurious breathtaking yachts guaranteed to enhance... fb.me/3oJDzkw26

Expand                    Reply          Retweet        Favorite        More

**Miami VIP Tours** @Miami_VIP_Tours   Oct 27
We finally received our 2014 Mercedes-Benz S Class for you to enjoy, 1 of 6 in Miami!
MiamiVipTours.com fb.me/1PMiK8ok5

Expand                    Reply          Retweet        Favorite        More

**Miami VIP Tours** @Miami_VIP_Tours   Oct 22
Newest Yachts & Best Prices in Miami on rentals and tours! fb.me/1NvZLfqNH





MVT000041



**Miami VIP Tours** @Miami_VIP_Tours  Oct 22
Newest Yachts & Best Prices in Miami on rentals and tours! fb.me/1NvZLfqNH
Expand          Reply  Retweet  Favorite  More

**Miami VIP Tours** @Miami_VIP_Tours  Oct 17
The weekend is almost here and your Rolls-Royce awaits!
MiamiVipTours.com fb.me/1tNLvhjE7
Expand          Reply  Retweet  Favorite  More

**Miami VIP Tours** @Miami_VIP_Tours  Oct 14
Complimentary wave runners with every Yacht Charter fb.me/1JJO9Qa1D
Expand          Reply  Retweet  Favorite  More

**Miami VIP Tours** @Miami_VIP_Tours  Oct 9
4 & 8 hour Rolls Royce specials through October!
MiamiVipTours.com fb.me/32BsF5MCO
Expand          Reply  Retweet  Favorite  More

**Miami VIP Tours** @Miami_VIP_Tours  Oct 2
Miami VIP SUV Fleet, including 2 brand new Mercedes GL550 AMG twins fb.me
/2GIHjMb8k
Expand          Reply  Retweet  Favorite  More





**Miami VIP Tours** @Miami_VIP_Tours  Oct 2
facebook.com/Miami.Vip.Tours fb.me/16ag364M5
Expand          Reply  Retweet  Favorite  More

**Miami VIP Tours** @Miami_VIP_Tours  Sep 29
Great weekend! fb.me/3j0HPS9w7
Expand          Reply  Retweet  Favorite  More






**Miami VIP Tours** @Miami_VIP_Tours  Sep 28
Perfect Yacht to match your new iPhone 5s Gold
facebook.com/Miami.Vip.Tours fb.me/2ts1cZapy
Expand          Reply  Retweet  Favorite  More

**Miami VIP Tours** @Miami_VIP_Tours  Sep 28
facebook.com/Miami.Vip.Tours fb.me/2lyBYpyzx



**Miami VIP Tours** @Miami_VIP_Tours   Sep 28
facebook.com/Miami.Vip.Tours fb.me/2lyBYpyzx

Expand          Reply          Retweet          Favorite          More

**Miami VIP Tours** @Miami_VIP_Tours   Sep 18
Visit for the sunshine or glam! fb.me/XS2RaASM

Expand          Reply          Retweet          Favorite          More

**Miami VIP Tours** @Miami_VIP_Tours   Sep 16
We can barely see Captain Crooks on our Super fast, luxurious Italian built
master peace! fb.me/3k16exGEu

Expand          Reply          Retweet          Favorite          More

**Miami VIP Tours** @Miami_VIP_Tours   Sep 13
After every Yacht charter receive %50 off on Ferrari rental or Rolls Royce
Limousine from the Marina fb.me/16e0wGlri

Expand          Reply          Retweet          Favorite          More



**Miami VIP Tours** @Miami_VIP_Tours   Sep 13
facebook.com/Miami.Vip.Tours fb.me/6ka3OV1Ao

Expand          Reply          Retweet          Favorite          More

**Miami VIP Tours** @Miami_VIP_Tours   Sep 13
Miami Beach Tours

MiamiVipTours.com fb.me/2QWB7cG3N

Expand          Reply          Retweet          Favorite          More

**Miami VIP Tours** @Miami_VIP_Tours   Sep 11
Lucky winner! fb.me/6ti4sR04t

Expand          Reply          Retweet          Favorite          More

**Miami VIP Tours** @Miami_VIP_Tours   Sep 9
Leaving Bayside Marketplace fb.me/HBmqPAkb

Expand          Reply          Retweet          Favorite          More



**Miami VIP Tours** @Miami_VIP_Tours   Sep 9
Beautiful picture of Miami! fb.me/1GhnJKihU

Expand          Reply          Retweet          Favorite          More

MVT000043



Case 1:14-cv-21770-MGC   Document 5   Entered on FLSD Docket 05/15/2014   Page 68 of 74

Beautiful picture of Miami! fb.me/1GhnJKihU

Expand   Reply   Retweet   Favorite   More

**Miami VIP Tours** @Miami_VIP_Tours   Sep 9
Miami! fb.me/17estiuBp

Expand   Reply   Retweet   Favorite   More

**Miami VIP Tours** @Miami_VIP_Tours   Sep 9
Another popular destination: Epic Hotel & Residence in Miami fb.me/2kROIcFsQ

Expand   Reply   Retweet   Favorite   More

**Miami VIP Tours** @Miami_VIP_Tours   Sep 4
The most exquisite luxury fleet in Miami. Drive or be driven!

MiamiVipTours.com fb.me/2EIsZmCr0

Expand   Reply   Retweet   Favorite   More

**Miami VIP Tours** @Miami_VIP_Tours   Sep 2
We hope everyone is having an amazing Labor Day weekend!

facebook.com/Miami.Vip.Tours fb.me/EAbBBLQ8

Expand   Reply   Retweet   Favorite   More

**Miami VIP Tours** @Miami_VIP_Tours   Aug 29
Labor day is almost here! Call us for unbelievable Yacht & Boat specials.

MiamiVipTours.com fb.me/l7cyYdCQ

Expand   Reply   Retweet   Favorite   More

**Miami VIP Tours** @Miami_VIP_Tours   Aug 27
One of many beautiful places we visit during our Miami Boat Tours.

facebook.com/Miami.Vip.Tours fb.me/1QvZyJA0n

Expand   Reply   Retweet   Favorite   More



**Miami VIP Tours** @Miami_VIP_Tours   Aug 25
When the sun goes down the fun fun doesn't end!

facebook.com/Miami.Vip.Tours fb.me/lQxmmsU7

Expand   Reply   Retweet   Favorite   More

facebook.com/Miami.Vip.Tours fb.me/lQxmmsU7

Expand | Reply | Retweet | Favorite | More

**Miami VIP Tours** @Miami_VIP_Tours  Aug 23
Enjoy Life! fb.me/Vbxm3cfl

Expand | Reply | Retweet | Favorite | More



**Miami VIP Tours** @Miami_VIP_Tours  Aug 22
Our newest addition "Diamond" Azimut 62S waiting for pick up fb.me/2qjniLHMT

Expand | Reply | Retweet | Favorite | More

**Miami VIP Tours** @Miami_VIP_Tours  Aug 20
Miami Beach Helicopter Tours

MiamiVipTours.com fb.me/1iHbq65G1

Expand | Reply | Retweet | Favorite | More

**Miami VIP Tours** @Miami_VIP_Tours  Aug 16
Enjoy your next Bahamas trip in one of our finest Italian Yachts.

facebook.com/Miami.Vip.Tours fb.me/1kvE9wB3b

Expand | Reply | Retweet | Favorite | More

**Miami VIP Tours** @Miami_VIP_Tours  Aug 16
Yacht pinterest.com/pin/532198809…

Expand | Reply | Retweet | Favorite | More



**Miami VIP Tours** @Miami_VIP_Tours  Aug 16
Yacht pinterest.com/pin/532198809…

Expand | Reply | Retweet | Favorite | More

**Miami VIP Tours** @Miami_VIP_Tours  Aug 16
Art of Kinetik Hedonist #Yacht #luxury pinterest.com/pin/532198809…

Expand | Reply | Retweet | Favorite | More

**Miami VIP Tours** @Miami_VIP_Tours  Aug 16
Yacht Inside pinterest.com/pin/532198809…

Expand | Reply | Retweet | Favorite | More



MVT000045

Expand

Reply       Retweet      Favorite      More

**Miami VIP Tours** @Miami_VIP_Tours   Aug 16
Awesome Yacht @Nobeltec - Check out our new sailing app at
app.nobeltec.com! #yacht #sea #ocean #yac pinterest.com/pin/5321988809...

View details

Reply       Retweet      Favorite      More

MVT000046

Kogan Prober, P.A.
Museum Plaza - Suite 901
200 South Andrews Avenue
Fort Lauderdale, FL 33301




7012 3460 0003 5704 8901

$6.480
US POSTAGE
FIRST-CLASS
FROM 33301
APR 29 2014
stamps.com

MURAD ALDIEV
230 174th Street Unit 805
Sunny Isles FL 33160

Kogan Prober, P.A.
Museum Plaza - Suite 901
200 South Andrews Avenue
Fort Lauderdale, FL 33301

7012 3460 0003 5704 8895

$6.480
US POSTAGE
FIRST-CLASS
FROM 33301
APR 29 2014
stamps.com

VITALY GODUN
3300 NE 192ND STREET 308
AVENTURA, FL 33180

Kogan Prober, P.A.
Museum Plaza - Suite 901
200 South Andrews Avenue
Fort Lauderdale, FL 33301



**CERTIFIED MAIL**™




7012 3460 0003 5704 8888

$6.480
US POSTAGE
FIRST-CLASS
FROM 33301
APR 29 2014
stamps.com

MIAMI VIP TOURS LLC
c/o VITALY GODUN – manager and the
registered agent
3300 NE 192ND STREET 308
AVENTURA, FL 33180

MVT000047

Kogan Prober, P.A.
Museum Plaza - Suite 901
200 South Andrews Avenue
Fort Lauderdale, FL 33301

$0.480
US POSTAGE
FIRST-CLASS
FROM 33301
APR 29 2014
stamps.com



MIAMI VIP TOURS LLC
c/o VITALY GODUN – manager and the
registered agent
3300 NE 192ND STREET 308
AVENTURA, FL 33180

---

Kogan Prober, P.A.
Museum Plaza - Suite 901
200 South Andrews Avenue
Fort Lauderdale, FL 33301

$0.480
US POSTAGE
FIRST-CLASS
FROM 33301
APR 29 2014
stamps.com



MURAD ALDIEV
230 174th Street Unit 805
Sunny Isles FL 33160

---

Kogan Prober, P.A.
Museum Plaza - Suite 901
200 South Andrews Avenue
Fort Lauderdale, FL 33301

$0.480
US POSTAGE
FIRST-CLASS
FROM 33301
APR 29 2014
stamps.com

VITALY GODUN
3300 NE 192ND STREET 308
AVENTURA, FL 33180

MVT000048

# VERIFIED RETURN OF SERVICE

State of Florida                    County of Miami-Dade                    Court

Case Number: N/A

Plaintiff:
Niko Petroleum Retailers of Florida, LLC d/b/a Miami VIP Tours
vs.
Respondent:
Vitaly Godun, Murad Aldiev, Miami VIP Tours LLC

ALE2014000139

Received by Gold Attorney Services to be served on Miami VIP Tours, LLC c/o Vitaly Godun - Manager and R.A., 3300 N.E. 192nd Street, Apt. 308, Aventura, FL 33180. I, Clarence Mack, do hereby affirm that on the 30 day of April, 2014 at 8.45 p.m., executed service by delivering a true copy of the Hand Delivery of Cease and Desist Letter in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as
_____

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or ( ) No  If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single  Name of Spouse _____

COMMENTS: DEF. MR. GODUN HAS VERY ABRASIVE AND VULGAR THREW DOCUMENT IN HALLWAY OF CONDO.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # _____
Appointed in accordance with State Statutes

Gold Attorney Services
289 Landings Blvd
Weston, FL 33327
(954) 895-1979

Our Job Serial Number: 2014000139

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

MVT000049

## VERIFIED RETURN OF SERVICE

State of Florida                    County of Miami-Dade                    Court

Case Number: N/A

Plaintiff:
Niko Petroleum Retailers of Florida, LLC d/b/a Miami VIP Tours
vs.
Respondent:
Vitaly Godun, Murad Aldiev, Miami VIP Tours LLC

ALE2014000140

Received by Gold Attorney Services to be served on Murad Aldiey, 230 174th Street, Unit 805, Sunny Isles, FL 33160. I,
_Clarence   Mack_, do hereby affirm that on the __7__ day of __MAY__, 20 _14_ at _100_ p.m.,
executed service by delivering a true copy of the **Hand Delivery of Cease and Desist Letter** in accordance with state
statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving _CODY DOE_ as
_Co-tenant_

( ) POSTED SERVICE: After attempting service on __/__ at ____ and on __/__ at ____ to a conspicuous place on
the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or ( ) No   If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

COMMENTS: _ROOMATE OF DEF. CONFIRMED HE LIVES AT RESIDENCE_
_AND WAS ALSO PROVIDED A CURRENT utility Bill to VERIFY that HE ABODES_
_① No Contact  ② 3500 NE 192ND Street #308 AVENTURA, FL_
_25 Male Hispanic 5'10 185 Brown Mohawk_
I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this
service was made.

PROCESS SERVER # _1612_
Appointed in accordance with State Statutes

Gold Attorney Services
289 Landings Blvd
Weston, FL 33327
(954) 895-1979

Our Job Serial Number: 2014000140

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.3n